B1 (Official Form 1) (12/11)

| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Lage, Angel** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Lage, Marlene** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):   **0063** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):   **9727** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**10478 NW 131st St**<br>**Hialeah, FL**<br>ZIPCODE **33018-1129** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**10478 Nw 131st St**<br>**Hialeah, FL**<br>ZIPCODE **33018-1129** |
| County of Residence or of the Principal Place of Business:<br>**Miami-Dade** | County of Residence or of the Principal Place of Business:<br>**Miami-Dade** |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [✓] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtor**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- [✓] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter.*)

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [✓] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (12/11)                                                                                                        Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Lage, Angel & Lage, Marlene** |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br><span style="font-size:smaller">Signature of Attorney for Debtor(s)                                    Date</span> |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

---

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

---

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

---

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (12/11)                                                                                          Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Lage, Angel & Lage, Marlene** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** */s/ Angel Lage*<br><span style="font-size:small">Signature of Debtor</span>  **Angel Lage**<br>**X** */s/ Marlene Lage*<br><span style="font-size:small">Signature of Joint Debtor</span>  **Marlene Lage**<br><br><span style="font-size:small">Telephone Number (If not represented by attorney)</span><br>**December 28, 2011**<br><span style="font-size:small">Date</span> | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>**X** _____<br><span style="font-size:small">Signature of Foreign Representative</span><br><br>_____<br><span style="font-size:small">Printed Name of Foreign Representative</span><br><br>_____<br><span style="font-size:small">Date</span> |

| **Signature of Attorney*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| **X** */s/ Timothy S. Kingcade, Esq.*<br><span style="font-size:small">Signature of Attorney for Debtor(s)</span><br><br>**Timothy S. Kingcade, Esq. 082309**<br>**Kingcade & Garcia, P.A.**<br>**1370 Coral Way**<br>**Miami, FL  33145-2960**<br>**(305) 285-9100**<br>**kingcadeserve@bellsouth.net**<br><br><br>**December 28, 2011**<br><span style="font-size:small">Date</span><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br><span style="font-size:small">Printed Name and title, if any,  of Bankruptcy Petition Preparer</span><br><br>_____<br><span style="font-size:small">Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)</span><br><br>_____<br><span style="font-size:small">Address</span> |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** _____<br><span style="font-size:small">Signature of Authorized Individual</span><br><br>_____<br><span style="font-size:small">Printed Name of Authorized Individual</span><br><br>_____<br><span style="font-size:small">Title of Authorized Individual</span><br><br>_____<br><span style="font-size:small">Date</span> | **X** _____<br><span style="font-size:small">Signature</span><br><br>_____<br><span style="font-size:small">Date</span><br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

<span style="writing-mode:vertical-rl">© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</span>

B1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
## Southern District of Florida

IN RE:                                                                    Case No. _____

Lage, Angel _____    Chapter **7** _____
                              Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Angel Lage** _____

Date: **December 28, 2011** _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
## Southern District of Florida

IN RE:                                                                                    Case No. _____

**Lage, Marlene** _____    Chapter **7** _____

Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Marlene Lage** _____

Date: **December 28, 2011** _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Southern District of Florida

**IN RE:**                                                                      Case No. _____

Lage, Angel & Lage, Marlene _____    Chapter **7** _____
Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 940,317.00 | | |
| B - Personal Property | Yes | 3 | $ 3,024.04 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | $ 2,182,326.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 21 | | $ 5,612,244.61 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 12,539.68 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $ 12,617.37 |
| TOTAL | | 36 | $ 943,341.04 | $ 7,794,570.61 | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Southern District of Florida

**IN RE:**                                                   Case No. _____

Lage, Angel & Lage, Marlene _____     Chapter **7** _____
                    Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Lage, Angel & Lage, Marlene** _____    Case No. _____

          Debtor(s)                                      (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **10478 NW 131 Street Hialeah Gardens, FL 33018 Homestead: Single family residence Purchased: 1996** | **Tenancy by the Entirety** | **J** | **404,448.00** | **489,305.00** |
| **1521 Shaw Dr Key Largo, FL 33037 Non-Homestead: Single family residence Purchased: 09/2006 To Be Surrendered** | | **H** | **450,000.00** | **1,279,223.00** |
| **2791 LB McLeod Rd Unit 2791-A , Orlando FL 32805 Investment property: Condominium Apartment Purchased: 10/2007 Debtors have not paid property taxes and HOA for approximatelly 3 years** | | **J** | **10,193.00** | **0.00** |
| **2791 LB McLeod Rd Unit 2791-B , Orlando FL 32805 Investment property: Condominium Apartment Purchased: 10/2007 Debtors have not paid property taxes and HOA for approximatelly 3 years** | | **J** | **10,193.00** | **116,934.00** |
| **2791 LB McLeod Rd Unit 2791-D , Orlando FL 32805 Investment property: Condominium Apartment Purchased: 10/2007 Debtors have not paid property taxes and HOA for approximatelly 3 years** | **Tenancy by the Entirety** | **J** | **10,193.00** | **223,034.00** |
| **7859 W 36 Ave Apt 204 Hialeah, FL 33018 Investment property: Condominium apartment Purchased: 06/2001** | | **H** | **55,290.00** | **73,830.00** |
| **TOTAL** | | | **940,317.00** | |

(Report also on Summary of Schedules)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE <u>Lage, Angel & Lage, Marlene</u>                                          Case No. _____
             Debtor(s)                                         (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on hand | J | 20.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Chase Checking Acct No.X1575 | J | 300.00 |
| | | Wellf Fargo Buisness Checking Account for Lageville Plaza, LLC. (corporation is inactive) Accoutn No. X9806 | J | 1.34 |
| | | Wellf Fargo Buisness Checking Account for Lageville Plaza, LLC. (corporation is inactive) Accoutn No. X9806 | J | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | Misc. Household Goods Based on Inventory list | J | 1,685.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Misc. Clothing | J | 200.00 |
| 7. Furs and jewelry. | | Misc. Jewelry Based on Inventory list | J | 205.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Lage, Angel & Lage, Marlene**                                                    Case No. _____
                        Debtor(s)                                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **1% 1st Choice Automotive Financial Service LLC.** **Assets:** **Wells Frago Checking Account No. X4572 - $1000** **Wells Frago Checking Account No. X9149 - $370** **Wells Frago Checking Account No. X9505 - $1000** **Chase Checking Account No. X7272 - $4800** **Chase High Yield Savings Account No. X2444 - $100** | J | 62.70 |
| | | **100% Global Group Management, Inc.** **Assets:** **Chse Checking Acct No.X6522 = $5,000 (in escrow to pay property taxes)** **Chase Savings Acct No.X1755 = $100** **Office Equipment: None (home office)** **Inventory: None (Service)** **Accounts Receivable: None** **Liabilities: None** | H | 100.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | **SW 62 Street Land Trust** **Trustee - Tony Garcia, CPA** **Beneficiary - 2006Marlene Lage Irrevocable Trustee** **Assets: 14200-36 SW 62 Street, Miami, FL - Value $500,000** **Liabilities - Mortgage held by Bernie Exposito and Preferred Apprisal Services, Inc. $1.175 million (interest only).** | J | 0.00 |
| | | **The Angel Lage Irrevocable Trust** **Trustee: Joint-Debtor** **Beneficiary: Children/Family** **Assets:** **WellsFargo Checking Acct No.X4957 = $200 (to pay life Insurance)** **One Term  Life Insurance Policy (value at 3 million)** | H | 0.00 |
| | | **The Marlene Lage Irrevocable Trust** **Trustee: Debtor (H)** **Beneficiary: Debtor (W)** **Assets:** | W | 0.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Lage, Angel & Lage, Marlene _____   Case No. _____
_____
Debtor(s)                                                                                   (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | **WellsFargo Checking Acct No.X4960 = $125 (to pay life Insurance)** | | |
| | | **One Term  Life Insurance Policy (value at 1 million)** | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1997 Ford Aerostar Passenger** **Estimated mileage: 170,000** **Vehicle has no insurance** **Based on KBB Report** | H | 400.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **1 dog** | J | 50.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | 3,024.04 |

_____ **0** continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

**IN RE** Lage, Angel & Lage, Marlene _____  Case No. _____
                          Debtor(s)                                        (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:            ☑ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **10478 NW 131 Street Hialeah Gardens, FL 33018** <br> **Homestead: Single family residence** <br> **Purchased: 1996** | **Art. X, §4(a)(1), FSA §§ 222.01, 222.02** | **100%** | **404,448.00** |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash on hand** | **Art X § 4(a)(2)** | **20.00** | **20.00** |
| **Chase Checking Acct No.X1575** | **Art X § 4(a)(2)** | **300.00** | **300.00** |
| **Misc. Household Goods** <br> **Based on Inventory list** | **Art X § 4(a)(2)** | **1,480.00** | **1,685.00** |
| **Misc. Clothing** | **Art X § 4(a)(2)** | **200.00** | **200.00** |
| **1997 Ford Aerostar Passenger** <br> **Estimated mileage: 170,000** <br> **Vehicle has no insurance** <br> **Based on KBB Report** | **FSA § 222.25(1)** | **400.00** | **400.00** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

IN RE Lage, Angel & Lage, Marlene

_____    Case No. _____
Debtor(s)                                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **68218013338299**<br><br>**Bank Of America**<br>**4161 Piedmont Pkwy**<br>**Greensboro, NC  27410** | | J | **Home Equity Line of Credit 11/07-11/11**<br>**Debtor not on title**<br>**Acct in collection**<br><br>VALUE $ **10,193.00** | | | | **119,679.00** | **109,486.00** |
| ACCOUNT NO.<br><br>**Bank Of America**<br>**ATTN: BANKRUPTCY NC4-105-0299**<br>**Po Box 26012**<br>**Greensboro, NC  27410** | | | **Assignee or other notification for:**<br>**Bank Of America**<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br>**Bank Of America**<br>**NY7-201-02-07**<br>**5701Horarion St**<br>**Utica, NY  13502-1024** | | | **Assignee or other notification for:**<br>**Bank Of America**<br><br>VALUE $ | | | | | |
| ACCOUNT NO. **68218013172399**<br><br>**Bank Of America**<br>**4161 Piedmont Pkwy**<br>**Greensboro, NC  27410** | | J | **Home Equity Line of Credit 11/07-11/11**<br>**Non-Homestead**<br>**Debtor not on title**<br><br>VALUE $ **10,193.00** | | | | **116,934.00** | **106,741.00** |

_____ **3** continuation sheets attached

Subtotal
(Total of this page) $ **236,613.00**   $ **216,227.00**

Total
(Use only on last page) $             $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

**IN RE** Lage, Angel & Lage, Marlene _____ Case No. _____
Debtor(s)                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Bank Of America<br>ATTN: BANKRUPTCY NC4-105-0299<br>Po Box 26012<br>Greensboro, NC 27410** | | | **Assignee or other notification for:<br>Bank Of America**<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br>**Bank Of America<br>NY7-201-02-07<br>5701Horarion St<br>Utica, NY 13502-1024** | | | **Assignee or other notification for:<br>Bank Of America**<br><br>VALUE $ | | | | | |
| ACCOUNT NO. **68218013159399**<br>**Bank Of America<br>4161 Piedmont Pkwy<br>Greensboro, NC 27410** | | J | **Home Equity Line of Credit 11/07-11/11<br>Non-Homestead<br>Debtor not on title**<br><br>VALUE $ **10,193.00** | | | | **103,355.00** | **103,355.00** |
| ACCOUNT NO.<br>**Bank Of America<br>ATTN: BANKRUPTCY NC4-105-0299<br>Po Box 26012<br>Greensboro, NC 27410** | | | **Assignee or other notification for:<br>Bank Of America**<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br>**Bank Of America<br>NY7-201-02-07<br>5701Horarion St<br>Utica, NY 13502-1024** | | | **Assignee or other notification for:<br>Bank Of America**<br><br>VALUE $ | | | | | |
| ACCOUNT NO. **150948953**<br>**Bank Of America, N.a.<br>450 American St<br>Simi Valley, CA 93065** | | H | **Mortgage Loan 10/06-10/11<br>Non-Homestead in Foreclosure<br>Plaintiff in Lawsuit Case No.<br>44-2008-CA-000732<br>1521 Shaw Dr, Key Largo, FL 33037**<br>VALUE $ **450,000.00** | | | | **1,064,223.00** | **614,223.00** |

Sheet no. ___**1**___ of ___**3**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | $ **1,167,578.00** | $ **717,578.00** |
| Total<br>(Use only on last page) | $ | $ |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) – Cont.

IN RE **Lage, Angel & Lage, Marlene** _____     Case No. _____
Debtor(s)                                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Bank Of America** <br> **P.O. Box 940483** <br> **Simi Valley, CA 93094-0483** | | | **Assignee or other notification for: Bank Of America, N.a.** <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br> **Bank Of America** <br> **NY7-201-02-07** <br> **5701 Horarion St** <br> **Utica, NY 13502-1024** | | | **Assignee or other notification for: Bank Of America, N.a.** <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br> **Wells Fargo Bank Na** <br> **Po Box 31557** <br> **Billings, MT 59107** | | | **Assignee or other notification for: Bank Of America, N.a.** <br><br> VALUE $ | | | | | |
| ACCOUNT NO. 68211029012099 <br> **Bank Of America, N.a.** <br> **4161 Piedmont Pkwy** <br> **Greensboro, NC 27410** | J | | **Mortgage Loan 08/02-11/11 Homestead: 10478 NW 131 Street Hialeah Gardens, FL 33018** <br> VALUE $ **404,448.00** | | | | **221,304.00** | |
| ACCOUNT NO. <br> **Bank Of America** <br> **NY7-201-02-07** <br> **5701 Horarion St** <br> **Utica, NY 13502-1024** | | | **Assignee or other notification for: Bank Of America, N.a.** <br><br> VALUE $ | | | | | |
| ACCOUNT NO. 36170440 <br> **Bank Of America, N.a.** <br> **450 American St** <br> **Simi Valley, CA 93065** | H | | **Mortgage Loan 08/04-10/11 Investment Property 7859 W 36th St unit 204, Hialeah, FL 33018** <br> VALUE $ **55,290.00** | | | | **73,830.00** | **18,540.00** |

Sheet no. **2** of **3** continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)   $ **295,134.00**   $ **18,540.00**

Total (Use only on last page)   $ _____   $ _____

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) – Cont.

IN RE **Lage, Angel & Lage, Marlene** _____ Case No. _____

| Debtor(s) | (If known) |

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Bank Of America<br>NY7-201-02-07<br>5701Horarion St<br>Utica, NY  13502-1024** | | | **Assignee or other notification for:<br>Bank Of America, N.a.**<br><br>VALUE $ | | | | | |
| ACCOUNT NO. **3000027826148**<br>**Central Loan Admin  And  R<br>425 Phillips Blvd.<br>Ewing, NJ  08618** | | H | **Mortgage Loan 10/06-12/11<br>Non-Homestead<br>1521 Shaw Dr Key Largo, FL 33037**<br><br>VALUE $ **450,000.00** | | | | **215,000.00** | **215,000.00** |
| ACCOUNT NO. **68168146162001998**<br>**Wells Fargo Bank Nv Na<br>Po Box 31557<br>Billings, MT  59107** | | J | **Home Equity Line of Credit 08/02-10/11<br>Homestead:<br>10478 NW 131 Street Hialeah Gardens, FL 33018**<br><br>VALUE $ **404,448.00** | | | | **268,001.00** | **84,857.00** |
| ACCOUNT NO.<br>**Wells Fargo Bank Nv Na<br>CALL 800-225-5935<br>Choose Account Type In Automated Attenda<br>Des Moines, IA  50306** | | | **Assignee or other notification for:<br>Wells Fargo Bank Nv Na**<br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |

Sheet no. ___**3**___ of ___**3**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal<br>(Total of this page) | $ **483,001.00** | $ **299,857.00** |
|---|---|---|---|
| | Total<br>(Use only on last page) | $ **2,182,326.00** | $ **1,252,202.00** |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Lage, Angel & Lage, Marlene** _____    Case No. _____
                     Debtor(s)                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

   A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

   The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

   Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

   Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**0** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Lage, Angel & Lage, Marlene _____     Case No. _____
Debtor(s)
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **82881029**<br><br>**Allied Interstate**<br>**P.O. Box 5023**<br>**New York, NY  10163** | | | **Collection Agency for Directv (1029) 04/11** | | X | | **1.00** |
| ACCOUNT NO.<br><br>**Directv**<br>**PO Box 78626**<br>**Phoenix, AZ  85062-8626** | | | **Assignee or other notification for:**<br>**Allied Interstate** | | | | |
| ACCOUNT NO. **91491691**<br><br>**American Honda Finance**<br>**1030 Cambridge Squ**<br>**Alpharetta, GA  30201** | | H | **Auto Loan 06/09**<br>**$0 Balance on Credit Report** | | X | | **1.00** |
| ACCOUNT NO. **91491682**<br><br>**American Honda Finance**<br>**1030 Cambridge Squ**<br>**Alpharetta, GA  30201** | | H | **Auto Loan 05/09**<br>**$0 Balance on Credit Report** | | X | | **1.00** |

**20** continuation sheets attached     Subtotal     $    **3.00**
(Total of this page)

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)     $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Lage, Angel & Lage, Marlene**                                      Case No. _____
_____
Debtor(s)                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3499906917670913** <br> **Amex** <br> **Po Box 297871** <br> **Fort Lauderdale, FL  33329** | | W | **Revolving Credit Card 11/08** <br> **$0 Balance on Credit Report** | | X | | 1.00 |
| ACCOUNT NO. <br> **Amex** <br> **AMERICAN EXPRESS SPECIAL RESEARCH** <br> **Po Box 981540** <br> **El Paso, TX  79998** | | | **Assignee or other notification for:** <br> **Amex** | | | | |
| ACCOUNT NO. **3499911789134633** <br> **Amex** <br> **Po Box 297871** <br> **Fort Lauderdale, FL  33329** | | J | **Revolving Credit Card 12/08** <br> **$0 Balance on Credit Report** | | X | | 1.00 |
| ACCOUNT NO. <br> **Amex** <br> **AMERICAN EXPRESS SPECIAL RESEARCH** <br> **Po Box 981540** <br> **El Paso, TX  79998** | | | **Assignee or other notification for:** <br> **Amex** | | | | |
| ACCOUNT NO. **MV2121** <br> **Assoc of S Miami, Patholo** <br> **C/O First Federal Credit Control** <br> **24700 Chagrin Blvd Ste 205** <br> **Cleveland, OH  44122-5662** | | H | **Medical Services 09/11** | | | | 55.00 |
| ACCOUNT NO. **74975645755996** <br> **Bank Of America** <br> **Po Box 17054** <br> **Wilmington, DE  19850** | | W | **Revolving Credit Card 08/08** <br> **$0 Balance on Credit Report** | | X | | 1.00 |
| ACCOUNT NO. **4319-0400-0314-2993** <br> **Bank Of America** <br> **Po Box 1598** <br> **Norfolk, VA  23501** | | W | **Revolving Credit Card 06/08** <br> **$0 Balance on Credit Report** | | X | | 1.00 |

Sheet no. **1** of **20** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 59.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Lage, Angel & Lage, Marlene** _____  Case No. _____
       Debtor(s)                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Bank Of America <br> ATTENTION: RECOVERY DEPARTMENT <br> 4161 Peidmont Pkwy. <br> Greensboro, NC 27410 | | | Assignee or other notification for: <br> Bank Of America | | | | |
| ACCOUNT NO. 4264-2960-7227-2153 <br> Bank Of America <br> Po Box 17054 <br> Wilmington, DE 19850 | | W | Revolving Credit Card 06/08 <br> $0 Balance on Credit Report | | X | | 1.00 |
| ACCOUNT NO. 4192-0000-0196-4857 <br> Bank Of America <br> Po Box 17054 <br> Wilmington, DE 19850 | | H | Revolving Credit Card 10/09 <br> $0 Balance on Credit Report | | X | | 1.00 |
| ACCOUNT NO. <br> Bank Of America <br> ATTN: BANKRUPTCY NC4-105-0299 <br> Po Box 26012 <br> Greensboro, NC 27410 | | | Assignee or other notification for: <br> Bank Of America | | | | |
| ACCOUNT NO. 4888-9360-3144-7372 <br> Bank Of America <br> Po Box 1598 <br> Norfolk, VA 23501 | | J | Revolving Credit Card 07/08 <br> $0 Balance on Credit Report | | X | | 1.00 |
| ACCOUNT NO. <br> Bank Of America <br> ATTENTION: RECOVERY DEPARTMENT <br> 4161 Peidmont Pkwy. <br> Greensboro, NC 27410 | | | Assignee or other notification for: <br> Bank Of America | | | | |
| ACCOUNT NO. 68218013305799 <br> Bank Of America <br> 4161 Piedmont Pkwy <br> Greensboro, NC 27410 | | J | Mortgage Loan 05/10 <br> $0 Balance on Credit Report | | X | | 1.00 |

Sheet no. **2** of **20** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **4.00**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE __Lage, Angel & Lage, Marlene_____    Case No. _____
              Debtor(s)                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Bank Of America**<br>**ATTN: BANKRUPTCY NC4-105-0299**<br>**Po Box 26012**<br>**Greensboro, NC  27410** | | | Assignee or other notification for:<br>Bank Of America | | | | |
| ACCOUNT NO. **4264-2911-4731-4080**<br>**Bank Of America**<br>**Po Box 17054**<br>**Wilmington, DE  19850** | | H | Revolving Credit Card 07/08<br>$0 Balance on Credit Report | | X | | 1.00 |
| ACCOUNT NO. **150948945**<br>**Bank Of America, N.a.**<br>**450 American St**<br>**Simi Valley, CA  93065** | | H | Creditline 08/09<br>$0 Balance on Credit Report | | X | | 1.00 |
| ACCOUNT NO. **1737015510485**<br>**Bank Of America, N.a.**<br>**4161 Piedmont Parkway**<br>**Greensboro, NC  27410** | | W | Mortgage Loan 03/03<br>$0 Balance on Credit Report | | X | | 1.00 |
| ACCOUNT NO. **7591044334889**<br>**Bank Of America, N.a.**<br>**150 Allegheny Center Mall**<br>**Pittsburgh, PA  15212** | | H | Mortgage Loan 11/04<br>$0 Balance on Credit Report | | X | | 1.00 |
| ACCOUNT NO.<br>**Bank Of America, N.a.**<br>**PNC**<br>**Po Box 5570  Br-yb58-01-3**<br>**Brecksville, OH  44141** | | | Assignee or other notification for:<br>Bank Of America, N.a. | | | | |
| ACCOUNT NO. **63010000949586**<br>**Bank Of America, N.a.**<br>**201 N Tryon St**<br>**Charlotte, NC  28202** | | H | Installment Loan 02/06<br>$0 Balance on Credit Report | | X | | 1.00 |

Sheet no. __3__ of __20__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **5.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Lage, Angel & Lage, Marlene** _____   Case No. _____
Debtor(s)                                               (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Bank Of America, N.a.**<br>**ATTN: BANKRUPTCY NC4-105-0299**<br>**Po Box 26012**<br>**Greensboro, NC 27410** | | | Assignee or other notification for:<br>**Bank Of America, N.a.** | | | | |
| ACCOUNT NO. **68218013160299**<br>**Bank Of America, N.a.**<br>**4161 Piedmont Pkwy**<br>**Greensboro, NC 27410** | | J | **Revolving Credit Card 12/07**<br>**$0 Balance on Credit Report** | | X | | 1.00 |
| ACCOUNT NO. **68219008740499**<br>**Bank Of America, N.a.**<br>**4161 Piedmont Pkwy**<br>**Greensboro, NC 27410** | | J | **Revolving Credit Card 10/02**<br>**$0 Balance on Credit Report** | | X | | 1.00 |
| ACCOUNT NO. **4888-6070-0923-8925**<br>**Bk Of Amer**<br>**Po Box 1598**<br>**Norfolk, VA 23501** | | J | **Revolving Credit Card 09/07**<br>**$0 Balance on Credit Report** | | X | | 1.00 |
| ACCOUNT NO.<br>**Bk Of Amer**<br>**ATTENTION: RECOVERY DEPARTMENT**<br>**4161 Peidmont Pkwy.**<br>**Greensboro, NC 27410** | | | Assignee or other notification for:<br>**Bk Of Amer** | | | | |
| ACCOUNT NO. **5178-0587-9244-5523**<br>**Cap One**<br>**Pob 30281**<br>**Salt Lake City, UT 84130** | | W | **Revolving Credit Card 10/1-11/11** | | | | 296.00 |
| ACCOUNT NO.<br>**Cap One**<br>**CAPITAL ONE BANK (USA) N.A.**<br>**Po Box 30285**<br>**Salt Lake City, UT 84130** | | | Assignee or other notification for:<br>**Cap One** | | | | |

Sheet no. **4** of **20** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **299.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Lage, Angel & Lage, Marlene** _____   Case No. _____
                        Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2791-B**<br>**Catalina Isles Condominium Association,Inc**<br>**2180 W Sr 434 Ste 5000**<br>**Longwood, FL 32779** | X | J | **HOA** | | | | **1.00** |
| ACCOUNT NO. **2791-D**<br>**Catalina Isles Condominium Association,Inc**<br>**2180 W Sr 434 Ste 5000**<br>**Longwood, FL 32779** | | J | **HOA** | | | | **1.00** |
| ACCOUNT NO. **05-019135679**<br>**CBE Group**<br>**1309 Technology Pkwy**<br>**Cedar Falls, IA 50613-6976** | | W | **Collection Agency for Directv (1029) 10/11** | | | X | **1.00** |
| ACCOUNT NO.<br>**Directv**<br>**PO Box 78626**<br>**Phoenix, AZ 85062-8626** | | | **Assignee or other notification for:**<br>**CBE Group** | | | | |
| ACCOUNT NO. **6035320003121827**<br>**Cbna**<br>**Po Box 6497**<br>**Sioux Falls, SD 57117** | | H | **Revolving Credit Card 08/03**<br>**$0 Balance on Credit Report** | | | X | **1.00** |
| ACCOUNT NO.<br>**Cbna**<br>**CITICORP CREDIT SERVICES/ATTN: CENTRALIZ**<br>**Po Box 20363**<br>**Kansas City, MO 64195** | | | **Assignee or other notification for:**<br>**Cbna** | | | | |
| ACCOUNT NO. **4266-9020-1817-5099**<br>**Chase**<br>**201 N. Walnut St//de1-1027**<br>**Wilmington, DE 19801** | | J | **Revolving Credit Card 09/09**<br>**$0 Balance on Credit Report** | | | X | **1.00** |

Sheet no. **5** of **20** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **5.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE Lage, Angel & Lage, Marlene                                    Case No. _____
_____
              Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5483410620**<br>**Chase**<br>**2500 Westfield Dr**<br>**Elgin, IL  60124** | | W | **Revolving Credit Card 07/04**<br>**$0 Balance on Credit Report** | X | | | **1.00** |
| ACCOUNT NO.<br>**Chase**<br>**ATTN: BANKRUPTCY**<br>**Po Box 15145**<br>**Wilmington, DE  19850** | | | **Assignee or other notification for:**<br>**Chase** | | | | |
| ACCOUNT NO. **4320201214**<br>**Chase Auto**<br>**Po Box 901076**<br>**Fort Worth, TX  76101** | | W | **Installment Loan 11/03**<br>**$0 Balance on Credit Report** | X | | | **1.00** |
| ACCOUNT NO.<br>**Chase Auto**<br>**CHASE CARD SERVICES**<br>**Po Box 15298**<br>**Wilmington, DE  19850** | | | **Assignee or other notification for:**<br>**Chase Auto** | | | | |
| ACCOUNT NO. **1947410264**<br>**Chase Manhattan Mtge**<br>**3415 Vision Dr**<br>**Columbus, OH  43219** | | H | **Mortgage Loan 07/02**<br>**$0 Balance on Credit Report** | X | | | **1.00** |
| ACCOUNT NO. **xxx-xx-0063 xxx-xx-9727**<br>**Child Support Enforcement**<br>**PO Box 8030**<br>**Tallahassee, FL  32314-8030** | | J | **Notice Only** | | | | **0.00** |
| ACCOUNT NO. **4128-0038-0618-1122**<br>**Citi**<br>**P.o. Box 6500**<br>**Sioux Falls, SD  57117** | | J | **Revolving Credit Card 09/97-11/11**<br>**Acct in collection** | | | | **7,685.06** |

Sheet no. __**6**__ of __**20**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **7,688.06**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Lage, Angel & Lage, Marlene _____ Case No. _____
<br>Debtor(s)  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br>Citi<br>CITICORPS CREDIT SERVICES/ATTENTION: CEN<br>Po Box 20503<br>Kansas City, MO 64195 | | | Assignee or other notification for:<br>Citi | | | | |
| ACCOUNT NO. 5424-1805-1224-6023<br>Citi<br>P.o. Box 6500<br>Sioux Falls, SD 57117 | | J | Revolving Credit Card 12/05<br>$0 Balance on Credit Report | | X | | 1.00 |
| ACCOUNT NO. <br>Citi<br>ATTN: CENTRALIZED BANKRUPTCY<br>Po Box 20507<br>Kansas City, MO 64195 | | | Assignee or other notification for:<br>Citi | | | | |
| ACCOUNT NO. 6032590363506923<br>Citi Ctb<br>Po Box 22066<br>Tempe, AZ 85285 | | W | Revolving Credit Card 03/09<br>$0 Balance on Credit Report | | X | | 1.00 |
| ACCOUNT NO. <br>Citi Ctb<br>CITIFINANCIAL/ATTN: BANKRUPTCY DEPT<br>Po Box 140489<br>Irving, TX 75014 | | | Assignee or other notification for:<br>Citi Ctb | | | | |
| ACCOUNT NO. 6032590157053843<br>Citi Ctb<br>Po Box 22066<br>Tempe, AZ 85285 | | W | Revolving Credit Card 09/03<br>$0 Balance on Credit Report | | X | | 1.00 |
| ACCOUNT NO. <br>Citi Ctb<br>CITIFINANCIAL/ATTN: BANKRUPTCY DEPT<br>Po Box 140489<br>Irving, TX 75014 | | | Assignee or other notification for:<br>Citi Ctb | | | | |

Sheet no. **7** of **20** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **3.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Lage, Angel & Lage, Marlene _____    Case No. _____

Debtor(s)                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **149236259** <br><br>**Citi-shell**<br>**Po Box 6497**<br>**Sioux Falls, SD  57117** | | J | **Revolving Credit Card 11/11**<br>**$0 Balance on Credit Report** | | | X | 1.00 |
| ACCOUNT NO. <br><br>**Citi-shell**<br>**ATTN.: CENTRALIZED  BANKRUPTCY**<br>**Po Box 20507**<br>**Kansas City, MO  64195** | | | **Assignee or other notification for:**<br>**Citi-shell** | | | | |
| ACCOUNT NO. **xxx-xx-0063 xxx-xx-9727** <br><br>**Department Of The Treasury**<br>**PO Box 21126**<br>**Philadelphia, PA  19114-0326** | | J | **Notice Only** | | | | 0.00 |
| ACCOUNT NO. **431075408** <br><br>**Department Of The Treasury**<br>**PO Box 21126**<br>**Philadelphia, PA  19114-0326** | | J | **2006 Federal Tax Lien - 1040** | | | | 1,309,616.56 |
| ACCOUNT NO. **82881029** <br><br>**Directv**<br>**PO Box 78626**<br>**Phoenix, AZ  85062-8626** | | W | **Services Rendered 10/11**<br>**Acct in collection** | | | | 45.24 |
| ACCOUNT NO. **31855** <br><br>**Dpi of Pembroke Pines**<br>**C/O Amerassist**<br>**8415 Pulsar Place**<br>**Columbus, OH  43240** | | H | **Medical Services 11/10** | | | | 392.00 |
| ACCOUNT NO. <br><br>**Amerassist**<br>**ATTN: KOVACKS**<br>**460 Polaris Parkway         Ste. 20**<br>**Westerville, OH  43082** | | | **Assignee or other notification for:**<br>**Dpi of Pembroke Pines** | | | | |

Sheet no. __8__ of __20__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,310,054.80**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Lage, Angel & Lage, Marlene** _____  Case No. _____
                    Debtor(s)                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **31851** <br> **Dpi Of Pembroke Pines** <br> **C/O Amerassist** <br> **8415 Pulsar Place** <br> **Columbus, OH  43240** | | H | Medical Services 11/10 | | | | 388.00 |
| ACCOUNT NO. <br> **Amerassist** <br> **ATTN: KOVACKS** <br> **460 Polaris Parkway        Ste. 20** <br> **Westerville, OH  43082** | | | Assignee or other notification for: <br> Dpi Of Pembroke Pines | | | | |
| ACCOUNT NO. **5774421050135970** <br> **Eldorado Frn** <br> **Cscl Dispute Team** <br> **Des Moines, IA  50306** | | J | Revolving Credit Card 03/11 <br> $0 Balance on Credit Report | | | X | 1.00 |
| ACCOUNT NO. <br> **Eldorado Frn** <br> **BANKRUPTCY** <br> **4137 121st St** <br> **Urbandale, IA  50323** | | | Assignee or other notification for: <br> Eldorado Frn | | | | |
| ACCOUNT NO. **xxx-xx-0063 xxx-xx-9727** <br> **Equifax** <br> **PO Box 740241** <br> **Atlanta, GA  30374-0241** | | J | Notice Only | | | | 0.00 |
| ACCOUNT NO. **xxx-xx-0063 xxx-xx-9727** <br> **Experian** <br> **PO Box 2002** <br> **Allen, TX  75013-2002** | | J | Notice Only | | | | 0.00 |
| ACCOUNT NO. **4625-7450-0002-8693** <br> **First Fl Cu** <br> **500 W. 1st Street** <br> **Jacksonville, FL  32202** | | H | Revolving Credit Card 07/05 <br> $0 Balance on Credit Report | | | X | 1.00 |

Sheet no. ____**9**____ of ____**20**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **390.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Lage, Angel & Lage, Marlene** _____    Case No. _____
<br>Debtor(s)                                                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4366-1330-2678-1871**<br>**First Usa Bank**<br>**Po Box 8650**<br>**Wilmington, DE  19899** | | J | **Revolving Credit Card 03/03**<br>**$0 Balance on Credit Report** | X | | | 1.00 |
| ACCOUNT NO.<br>**First Usa Bank**<br>**CHASE CARD SERVICES/ATTN: BANKRUPTCY DEP**<br>**Po Box 15298**<br>**Wilmington, DE  19850** | | | **Assignee or other notification for:**<br>**First Usa Bank** | | | | |
| ACCOUNT NO. **05-2010-CA-26091**<br>**FirstBank Puerto Rico**<br>**701 Waterford Way Ste 810**<br>**Miami, FL  33126** | X | | **Plaintiff in Lawsuit** | | | | 4,279,384.75 |
| ACCOUNT NO. **xxx-xx-0063 xxx-xx-9727**<br>**Florida Department Of Revenue**<br>**PO Box 6668**<br>**Tallahassee, FL  32314-6668** | | J | **Notice Only** | | | | 0.00 |
| ACCOUNT NO. **\*\*\*-\*\*-0063**<br>**Francisco Rodriguez**<br>**5051 SW 163 Ave**<br>**SW Ranches, FL  33331** | | H | **business partner** | | | | 1.00 |
| ACCOUNT NO. **xxx-xx-0063/9727**<br>**Francisco Rodriguez**<br>**5051 SW 163 Avenue**<br>**SW Ranches, FL  33331** | | J | **Notice** | | | | 0.00 |
| ACCOUNT NO. **6019170107489459**<br>**Gecrb/brandsmart**<br>**Po Box 965036**<br>**Orlando, FL  32896** | | H | **Revolving Credit Card 11/11**<br>**$0 Balance on Credit Report** | | X | | 1.00 |

Sheet no. **10** of **20** continuation sheets attached to
<br>Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
<br>(Total of this page) $ **4,279,387.75**

Total
<br>(Use only on last page of the completed Schedule F. Report also on
<br>the Summary of Schedules, and if applicable, on the Statistical
<br>Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Lage, Angel & Lage, Marlene
_____  Case No. _____
Debtor(s)                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Gecrb/brandsmart<br>ATTENTION: BANKRUPTCY<br>Po Box 103104<br>Roswell, GA 30076 | | | Assignee or other notification for:<br>Gecrb/brandsmart | | | | |
| ACCOUNT NO. 601917010341<br>Gecrb/brandsmart<br>Po Box 965036<br>Orlando, FL 32896 | | W | Revolving Credit Card 11/07<br>$0 Balance on Credit Report | | X | | 1.00 |
| ACCOUNT NO. 6019180365664248<br>Gecrb/care Credit<br>Po Box 965036<br>Orlando, FL 32896 | | W | Revolving Credit Card 11/11<br>$0 Balance on Credit Report | | X | | 1.00 |
| ACCOUNT NO. 6019180333051817<br>Gecrb/care Credit<br>Po Box 981439<br>El Paso, TX 79998 | | J | Revolving Credit Card 11/11<br>$0 Balance on Credit Report | | X | | 1.00 |
| ACCOUNT NO.<br>Gecrb/care Credit<br>ATTENTION: BANKRUPTCY<br>Po Box 103104<br>Roswell, GA 30076 | | | Assignee or other notification for:<br>Gecrb/care Credit | | | | |
| ACCOUNT NO. 6019180333051783<br>Gecrb/carecr<br>Po Box 981439<br>El Paso, TX 79998 | | W | Revolving Credit Card 11/11<br>$0 Balance on Credit Report | | X | | 1.00 |
| ACCOUNT NO.<br>Gecrb/carecr<br>ATTENTION: BANKRUPTCY<br>Po Box 103104<br>Roswell, GA 30076 | | | Assignee or other notification for:<br>Gecrb/carecr | | | | |

Sheet no. **11** of **20** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **4.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE Lage, Angel & Lage, Marlene _____    Case No. _____
                   Debtor(s)                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6019190201740144<br><br>Gecrb/city Furniture<br>Po Box 981439<br>El Paso, TX  79998 | | W | Revolving Credit Card 02/08<br>$0 Balance on Credit Report | X | | | 1.00 |
| ACCOUNT NO.<br><br>Gecrb/city Furniture<br>ATTENTION: BANKRUPTCY<br>Po Box 103104<br>Roswell, GA  30076 | | | Assignee or other notification for:<br>Gecrb/city Furniture | | | | |
| ACCOUNT NO. 6019190202700162<br><br>Gecrb/city Furniture<br>Po Box 981439<br>El Paso, TX  79998 | | W | Revolving Credit Card 11/11<br>$0 Balance on Credit Report | X | | | 1.00 |
| ACCOUNT NO.<br><br>Gecrb/city Furniture<br>ATTENTION: BANKRUPTCY<br>Po Box 103104<br>Roswell, GA  30076 | | | Assignee or other notification for:<br>Gecrb/city Furniture | | | | |
| ACCOUNT NO. 7981924108311952<br><br>Gecrb/ge Money Bank Lo<br>Po Box 956005<br>Orlando, FL  32896 | | H | Revolving Credit Card 11/11<br>$0 Balance on Credit Report | X | | | 1.00 |
| ACCOUNT NO.<br><br>Gecrb/ge Money Bank Lo<br>ATTENTION: BANKRUPTCY DEPARTMENT<br>Po Box 103104<br>Roswell, GA  30076 | | | Assignee or other notification for:<br>Gecrb/ge Money Bank Lo | | | | |
| ACCOUNT NO. 601919054011<br><br>Gecrb/home Design<br>Po Box 981439<br>El Paso, TX  79998 | | H | Revolving Credit Card 12/01<br>$0 Balance on Credit Report | X | | | 1.00 |

Sheet no. __12__ of __20__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 4.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Lage, Angel & Lage, Marlene**                                          Case No. _____
_____                                                    
               Debtor(s)                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **601921001082** <br> **Gecrb/home Dsgn Floori** <br> **Po Box 981439** <br> **El Paso, TX  79998** | | J | **Revolving Credit Card 12/07** <br> **$0 Balance on Credit Report** | X | | | **1.00** |
| ACCOUNT NO. **44-2008-CA-000732** <br> **Grisel Alonso, Esq** <br> **Asst. U.S. Attorney For Usa** <br> **99 Ne 4th St Ste 300** <br> **Miami, FL  33132** | | | **Co-Defendant in Lawsuit** | X | | | **1.00** |
| ACCOUNT NO. **0312103394** <br> **Hfc** <br> **Po Box 3425** <br> **Buffalo, NY  14240** | | W | **Revolving Credit Card 09/02** <br> **$0 Balance on Credit Report** | X | | | **1.00** |
| ACCOUNT NO. **0312103345** <br> **Hfc** <br> **Po Box 3425** <br> **Buffalo, NY  14240** | | H | **Revolving Credit Card 09/02** <br> **$0 Balance on Credit Report** | X | | | **1.00** |
| ACCOUNT NO. **31174200192548** <br> **Hfc - Usa** <br> **Po Box 3425** <br> **Buffalo, NY  14240** | | W | **Installment Loan 01/05** <br> **$0 Balance on Credit Report** | X | | | **1.00** |
| ACCOUNT NO. **00926626-26-34701** <br> **Inphynet South Broward, Inc.** <br> **Platation Billing Center** <br> **PO Box 189016** <br> **Plantation, FL  33318-9016** | | H | **Medical Services 09/11** | | | | **764.00** |
| ACCOUNT NO. **xxx-xx-0063 xxx-xx-9727** <br> **Internal Revenue Service** <br> **PO Box 21126** <br> **Philadelphia, PA  19114-0326** | | J | **Notice Only** | | | | **0.00** |

Sheet no. __**13**__ of __**20**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **769.00**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) -- Cont.

**IN RE** Lage, Angel & Lage, Marlene _____ Case No. _____
Debtor(s)              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **24089782**<br>Jaguar Credit<br>P. O. Box 542000<br>Omaha, NE  68154 | | H | Auto Loan 04/02<br>$0 Balance on Credit Report | X | | | 0.00 |
| ACCOUNT NO.<br>Jaguar Credit<br>Po Box 6275<br>Dearborn, MI  48121 | | | Assignee or other notification for:<br>Jaguar Credit | | | | |
| ACCOUNT NO. **xxx-xx-0063/9727**<br>Jorge Quintana<br>8785 NW 162 Street<br>Miami Lakes, FL  33016 | | J | Notice | | | | 0.00 |
| ACCOUNT NO. **\*\*\*-\*\*-0063**<br>Jose Quintana<br>8004 NW 154th Street Ste 243<br>Miami Lakes, FL  33016 | | H | HOA RA | | | | 1.00 |
| ACCOUNT NO. **xxx-xx-0063/9727**<br>Jose Ramirez<br>5001 SW 168 Avenue<br>SW Ranches, FL  33331 | | J | Notice | | | | 0.00 |
| ACCOUNT NO. **05-2010-CA-26091**<br>Julio Quintana<br>3120 SW 194 Terrace<br>Miramar, FL  33029 | | | Co-Defendant in Lawsuit | X | | | 1.00 |
| ACCOUNT NO. **xxx-xx-0063/9727**<br>Kevin Krippen<br>4 Park Street South<br>Hackendack, NJ  07606 | | J | Notice | | | | 0.00 |

Sheet no. **14** of **20** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Lage, Angel & Lage, Marlene** _____   Case No. _____
                  Debtor(s)                                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **20401601383** <br> **Keybank Ntl** <br> **4910 Tiedeman Road** <br> **Brooklyn, OH  44144** | | H | **Installment Loan 10/02** <br> **$0 Balance on Credit Report** | X | | | **1.00** |
| ACCOUNT NO. **44-2008-CA-000732** <br> **Law Offices of David J. Stern, P.A.** <br> **900 S Pine Island Rd Ste 400** <br> **Plantation, FL  33324-3920** | | | **Former Attorney for Plaintiff Bank of America N.a. (8953) 01/10** | X | | | **1.00** |
| ACCOUNT NO. <br> **Bank Of America, N.a.** <br> **450 American St** <br> **Simi Valley, CA  93065-6285** | | | **Assignee or other notification for:** <br> **Law Offices of David J. Stern, P.A.** | | | | |
| ACCOUNT NO. **4077221030** <br> **Lexus Financial Servic** <br> **12735 Morris Rd** <br> **Alpharetta, GA  30004** | | J | **Auto Loan 04/05** <br> **$0 Balance on Credit Report** | X | | | **1.00** |
| ACCOUNT NO. **05-2010-CA-26091** <br> **Marzak, Inc** <br> **791 Park Of Commerce Drive** <br> **Boca Raton, FL  33487** | | | **Co-Defendant in Lawsuit** | X | | | **1.00** |
| ACCOUNT NO. **1010000000479564** <br> **Mayors Jewelers Inc** <br> **5870 North Hiatus Road** <br> **Tamarac, FL  33321** | | H | **Revolving Credit Card 04/05** <br> **$0 Balance on Credit Report** | X | | | **1.00** |
| ACCOUNT NO. **7000114546** <br> **Mb Fin Svcs** <br> **P.o. Box 961** <br> **Roanoke, TX  76262** | | H | **Auto Loan 01/07** <br> **$0 Balance on Credit Report** | X | | | **1.00** |

Sheet no. **15** of **20** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **6.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Lage, Angel & Lage, Marlene** _____     Case No. _____
                          Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7001667782**<br><br>**Mb Fin Svcs**<br>**P.o. Box 961**<br>**Roanoke, TX  76262** | | H | **Auto Loan 12/07**<br>**$0 Balance on Credit Report** | X | | | **1.00** |
| ACCOUNT NO. **0783903110915**<br><br>**Memorial Healthcare System**<br>**2900 Corporate Way**<br>**Miramar, FL  33025-3925** | | H | **Medical Services 09/11** | | | | **493.00** |
| ACCOUNT NO. **44-2008-CA-000732**<br><br>**Morales Law Group, P.A.**<br>**14750 Nw 77th Ct Ste 303**<br>**Miami Lakes, FL  33016** | | | **Attorney for Plaintiff Bank of America N.a. (8953) 05/11** | X | | | **1.00** |
| ACCOUNT NO.<br><br>**Bank Of America, N.a.**<br>**450 American St**<br>**Simi Valley, CA  93065-6285** | | | **Assignee or other notification for:**<br>**Morales Law Group, P.A.** | | | | |
| ACCOUNT NO. **44-2008-CA-000732**<br><br>**Mortgage Electronic Regist. Syst. Inc.**<br>**3300 SW 34th Ave Ste 101**<br>**Ocala, FL  34474-4438** | | | **Co-Defendant in Lawsuit** | X | | | **1.00** |
| ACCOUNT NO. **05-2010-CA-26091**<br><br>**Palm Bay 17, Llc**<br>**8004 Nw 154th St Ste 243**<br>**Miami Lakes, FL  33016** | | | **Defendant in Lawsuit** | X | | | **1.00** |
| ACCOUNT NO. **92933558-11**<br><br>**Plaza Associates**<br>**PO Box 2770**<br>**New York, NY  10116-2770** | | | **Collection Agency for Citi (1122) 08/11** | X | | | **1.00** |

Sheet no. **16** of **20** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   **498.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Lage, Angel & Lage, Marlene** _____     Case No. _____
       Debtor(s)                  (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
#### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Citi<br>PO Box 6500<br>Sioux Falls, SD  57117-6500** | | | **Assignee or other notification for:<br>Plaza Associates** | | | | |
| ACCOUNT NO. **909716-QRAH1**<br>**Radiology Assoc. Of Hollywood, P.A.<br>9050 Pines Blvd Ste 200<br>Pembroke Pines, FL  33024-6456** | | H | **Medical Services 09/11** | | | | 45.00 |
| ACCOUNT NO. **5121-0718-3859-6900**<br>**Sears/cbna<br>Po Box 6189<br>Sioux Falls, SD  57117** | | W | **Revolving Credit Card 09/08<br>$0 Balance on Credit Report** | | | X | 1.00 |
| ACCOUNT NO. **13277411**<br>**Sheldon M.D.<br>C/O First Federal Credit C<br>24700 Chagrin Blvd Ste 2<br>Cleveland, OH  44122** | | H | **Medical Services 08/11-11/11** | | | | 315.00 |
| ACCOUNT NO. **2404553ho00010000**<br>**Sheridan Healthcorp  Inc.<br>C/O Nationwide Recovery Se<br>Po box 8005<br>Cleveland, TN  37320** | | H | **Medical Services 07/08-11/08** | | | | 158.00 |
| ACCOUNT NO.<br>**Nationwide Recovery Se<br>ATTN: BANKRUPTCY<br>Po Box 8005<br>Cleveland, TN  37320** | | | **Assignee or other notification for:<br>Sheridan Healthcorp  Inc.** | | | | |
| ACCOUNT NO. **9061261024547260**<br>**Springleaf Financial S<br>Po Box 22217<br>Hialeah, FL  33012** | | W | **Installment Loan 09/07<br>$0 Balance on Credit Report** | | | X | 1.00 |

Sheet no. **17** of **20** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   520.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Lage, Angel & Lage, Marlene**                                        Case No. _____
<u>                              Debtor(s)                                    </u>                         (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **12280089**<br><br>**Sunrise Credit Services, Inc.**<br>**PO Box 9100**<br>**Farmingdale, NY  11735-9100** | | | **Collection Agency for Bank of America (8299) 09/11** | X | | | **1.00** |
| ACCOUNT NO.<br><br>**Bank Of America**<br>**4161 Piedmont Pkwy**<br>**Greensboro, NC  27410** | | | **Assignee or other notification for:**<br>**Sunrise Credit Services, Inc.** | | | | |
| ACCOUNT NO. **70200007021363150**<br><br>**Suntrust Bank**<br>**Po Box 85052**<br>**Richmond, VA  23285** | | H | **Auto Repo:  12/07-11/11** | | | | **11,632.00** |
| ACCOUNT NO. **05-2010-CA-26091**<br><br>**Teresa Quintana**<br>**3120 SW 194 Terrace**<br>**Miramar, FL  33029** | | | **Co-Defendant in Lawsuit** | X | | | **1.00** |
| ACCOUNT NO. **05-2010-CA-26091**<br><br>**Thompson Berges P.A.**<br>**1111 Brickell Ave, 11th Fl**<br>**Miami, FL  33131** | | | **Attorney for Plaintiff FirstBank Puerto Rico 04/10** | X | | | **1.00** |
| ACCOUNT NO.<br><br>**FirstBank Puerto Rico**<br>**701 Waterford Way Ste 810**<br>**Miami, FL  33126** | | | **Assignee or other notification for:**<br>**Thompson Berges P.A.** | | | | |
| ACCOUNT NO. **18024831001**<br><br>**Towncare Dental**<br>**C/O I C System Inc**<br>**Po Box 64378**<br>**Saint Paul, MN  55164** | | W | **Medical Services 05/09-08/11** | | | | **900.00** |

Sheet no. **18** of **20** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **12,535.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Lage, Angel & Lage, Marlene** _____ Case No. _____
                 Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **I C System Inc** <br> **Po Box 64378** <br> **St. Paul, MN 55164** | | | Assignee or other notification for: **Towncare Dental** | | | | |
| ACCOUNT NO. **4077290286** <br> **Toyota Motor Credit Co** <br> **12735 Morris Road Ext #** <br> **Alpharetta, GA 30004** | | H | Auto Loan 07/09 <br> $0 Balance on Credit Report | X | | | 1.00 |
| ACCOUNT NO. **xxx-xx-0063 xxx-xx-9727** <br> **Transunion** <br> **PO Box 1000** <br> **Chester, PA 19016-1000** | | J | Notice Only | | | | 0.00 |
| ACCOUNT NO. **xxx-xx-0063/9727** <br> **Vincent And Christina Lombardo** <br> **689 SW 168 Way** <br> **Pembroke Pines, FL 33331** | | J | Notice | | | | 1.00 |
| ACCOUNT NO. **\*\*\*-\*\*-0063** <br> **Vincent Lombardo & Christina Lombardo** <br> **689 SW 168 Way** <br> **Pembroke Pines, FL 33027** | | H | business partner | | | | 1.00 |
| ACCOUNT NO. **4386-5403-1177-8162** <br> **Wf/wb** <br> **Po Box 3117** <br> **Winston Salem, NC 27102** | | J | Creditline 05/11 <br> $0 Balance on Credit Report | X | | | 1.00 |
| ACCOUNT NO. <br> **Wf/wb** <br> **PO BOX 31557** <br> **Mac B6955-01b** <br> **Billings, MT 59107** | | | Assignee or other notification for: **Wf/wb** | | | | |

Sheet no. **19** of **20** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                   Subtotal
                (Total of this page)     $    **4.00**

                 Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Lage, Angel & Lage, Marlene**                                              Case No. _____
        Debtor(s)                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4386-5403-1118-5723** <br><br> **Wf/wb** <br> **Po Box 3117** <br> **Winston Salem, NC  27102** | | H | **Revolving Credit Card 12/08** <br> **$0 Balance on Credit Report** | X | | | **1.00** |
| ACCOUNT NO. <br><br> **Wf/wb** <br> **PO BOX 31557** <br> **Mac B6955-01b** <br> **Billings, MT  59107** | | | **Assignee or other notification for:** <br> **Wf/wb** | | | | |
| ACCOUNT NO. **4386-5403-1124-9149** <br><br> **Wf/wb** <br> **Po Box 3117** <br> **Winston Salem, NC  27102** | | H | **Revolving Credit Card 07/07** <br> **$0 Balance on Credit Report** | X | | | **1.00** |
| ACCOUNT NO. <br><br> **Wf/wb** <br> **PO BOX 31557** <br> **Mac B6955-01b** <br> **Billings, MT  59107** | | | **Assignee or other notification for:** <br> **Wf/wb** | | | | |
| ACCOUNT NO. **5774421170112651** <br><br> **Wffnatbank** <br> **Po Box 94498** <br> **Las Vegas, NV  89193** | | H | **Revolving Credit Card 09/09** <br> **$0 Balance on Credit Report** | X | | | **1.00** |
| ACCOUNT NO. **\*\*\*-\*\*-0063** <br><br> **Whispering Palms Condo Association** <br> **13200 Wilcox Rd** <br> **Largo, FL  33774** | | H | **HOA** | | | | **1.00** |
| ACCOUNT NO. **xxx-xx-0063/9727** <br><br> **Whispering Palms Condominium Assn** <br> **13200 WIlcox Road** <br> **Largo, FL  33774** | | J | **Notice** | | | | **0.00** |

Sheet no. **20** of **20** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **5,612,244.61**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Lage, Angel & Lage, Marlene** _____    Case No. _____
Debtor(s)                                                                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

**IN RE** Lage, Angel & Lage, Marlene _____    Case No. _____
 Debtor(s)                                                                    (If known)

# SCHEDULE H - CODEBTORS

  Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Hart, James W Jr.**<br>**Sentry Manangement, Inc.**<br>**2180 W Sr 434 Ste 5000**<br>**Lonwood, FL  32779**<br><br>**Palm Bay 17, LLC**<br>**8004 NW 154th St Ste 243**<br>**Miami Lakes, FL  33016** | **Catalina Isles Condomium Association,Inc**<br>**2180 W Sr 434 Ste 5000**<br>**Longwood, FL  32779**<br><br>**FirstBank Puerto Rico**<br>**701 Waterford Way Ste 810**<br>**Miami, FL  33126** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Lage, Angel & Lage, Marlene _____ Case No. _____
Debtor(s)                                  (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Son**<br>**Daughter** | | AGE(S):<br>**16**<br>**14** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Preident/Owner** | **Housewife** |
| Name of Employer | **Global Group Management, Inc.** | **N/A** |
| How long employed | **4 years and 4 months** | |
| Address of Employer | | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | | $ _____ | $ _____ |
| 2. Estimated monthly overtime | | $ _____ | $ _____ |
| **3. SUBTOTAL** | | $ **0.00** | $ **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | |
|   a. Payroll taxes and Social Security | | $ _____ | $ _____ |
|   b. Insurance | | $ _____ | $ _____ |
|   c. Union dues | | $ _____ | $ _____ |
|   d. Other (specify) _____ | | $ _____ | $ _____ |
| | | $ _____ | $ _____ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | | $ **0.00** | $ **0.00** |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | | $ **0.00** | $ **0.00** |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | | $ **11,589.68** | $ _____ |
| 8. Income from real property | | $ **950.00** | $ _____ |
| 9. Interest and dividends | | $ _____ | $ _____ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | | $ _____ | $ _____ |
| 11. Social Security or other government assistance<br>  (Specify) _____ | | $ _____<br>$ _____ | $ _____<br>$ _____ |
| 12. Pension or retirement income | | $ _____ | $ _____ |
| 13. Other monthly income<br>  (Specify) _____ | | $ _____<br>$ _____<br>$ _____ | $ _____<br>$ _____<br>$ _____ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | | $ **12,539.68** | $ _____ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | | $ **12,539.68** | $ **0.00** |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)

$    **12,539.68**

(Report also on Summary of Schedules and, if applicable, on<br>Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

IN RE <u>Lage, Angel & Lage, Marlene</u>                                                  Case No. _____
                      Debtor(s)                                                      (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 650.00 |
|    a. Are real estate taxes included?   Yes ____  No ✓ | |
|    b. Is property insurance included?   Yes ____  No ✓ | |
| 2. Utilities: | |
|    a. Electricity and heating fuel | $ 450.00 |
|    b. Water and sewer | $ 55.00 |
|    c. Telephone | $ 65.00 |
|    d. Other  **See Schedule Attached** | $ 196.00 |
| | $ |
| 3. Home maintenance (repairs and upkeep) | $ 235.00 |
| 4. Food | $ 800.00 |
| 5. Clothing | $ 200.00 |
| 6. Laundry and dry cleaning | $ |
| 7. Medical and dental expenses | $ |
| 8. Transportation (not including car payments) | $ 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 100.00 |
| 10. Charitable contributions | $ |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's | $ |
|    b. Life | $ 250.00 |
|    c. Health | $ |
|    d. Auto | $ 95.00 |
|    e. Other | $ |
| | $ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|    (Specify) **Property Taxes** | $ 730.00 |
| | $ |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto | $ |
|    b. Other | $ |
| | $ |
| 14. Alimony, maintenance, and support paid to others | $ |
| 15. Payments for support of additional dependents not living at your home | $ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 7,790.37 |
| 17. Other  **Mortgage On Rental Property** | $ 495.00 |
|         **HOA On Rental Property** | $ 131.00 |
|         **Property Taxes On Rental Property** | $ 175.00 |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)       $ 12,617.37

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**

| | |
|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ 12,539.68 |
|    b. Average monthly expenses from Line 18 above | $ 12,617.37 |
|    c. Monthly net income (a. minus b.) | $ -77.69 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Lage, Angel & Lage, Marlene _____    Case No. _____
Debtor(s)

### SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
**Continuation Sheet - Page 1 of 1**

Other Utilities (DEBTOR)

| | |
|---|---:|
| **Cable TV** | **65.00** |
| **Alarm** | **66.00** |
| **Internet** | **65.00** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

**IN RE** Lage, Angel & Lage, Marlene _____    Case No. _____
_____
Debtor(s)                                                                                                              (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **38** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **December 28, 2011** _____    Signature: **/s/ Angel Lage** _____
                                                                            **Angel Lage**                                     Debtor

Date: **December 28, 2011** _____    Signature: **/s/ Marlene Lage** _____
                                                                            **Marlene Lage**                        (Joint Debtor, if any)
                                                                            [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____    _____
Signature of Bankruptcy Petition Preparer    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____

_____
(Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Southern District of Florida**

IN RE:                                                                         Case No. _____

Lage, Angel & Lage, Marlene _____    Chapter **7**_____
                                        Debtor(s)

## BUSINESS INCOME AND EXPENSES

**FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS** (Note: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A** - GROSS BUSINESS INCOME FOR THE PREVIOUS 12 MONTHS:

   1.  Gross Income For 12 Months Prior to Filing:                          $ _____

**PART B** - ESTIMATED AVERAGE FUTURE <u>GROSS</u> MONTHLY INCOME:

   2.  Gross Monthly Income:                                                     $ _____**11,589.68**

**PART C** - ESTIMATED FUTURE MONTHLY EXPENSES:

| | | |
|---|---|---|
| 3.  Net Employee Payroll (Other Than Debtor) | $ | _____ |
| 4.  Payroll Taxes | $ | _____ |
| 5.  Unemployment Taxes | $ | _____ |
| 6.  Worker's Compensation | $ | _____ |
| 7.  Other Taxes | $ | _____ |
| 8.  Inventory Purchases (Including raw materials) | $ | _____ |
| 9.  Purchase of Feed/Fertilizer/Seed/Spray | $ | _____ |
| 10. Rent (Other than debtor's principal residence) | $ | _____**55.00** |
| 11. Utilities | $ | _____**582.62** |
| 12. Office Expenses and Supplies | $ | _____**29.73** |
| 13. Repairs and Maintenance | $ | _____**313.63** |
| 14. Vehicle Expenses | $ | _____**97.54** |
| 15. Travel and Entertainment | $ | _____**5.00** |
| 16. Equipment Rental and Leases | $ | _____ |
| 17. Legal/Accounting/Other Professional Fees | $ | _____ |
| 18. Insurance | $ | _____ |
| 19. Employee Benefits (e.g., pension, medical, etc.) | $ | _____ |
| 20. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts (Specify): | $ | _____ |

   21. Other (Specify):                                                          $ _____**6,706.85**
       **See Continuation Sheet**

   22. Total Monthly Expenses (Add items 3-21)                            $ _____**7,790.37**

**PART D** - ESTIMATED AVERAGE <u>NET</u> MONTHLY INCOME

   23. **AVERAGE NET MONTHLY INCOME** (Subtract Item 22 from Item 2)   $ _____**3,799.31**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Lage, Angel & Lage, Marlene                                          Case No. _____

Debtor(s)

**BUSINESS INCOME AND EXPENSES**
**Continuation Sheet - Page 1 of 1**

Other:

| | |
|---|---|
| **Interest Expense** | **5,883.33** |
| **Landscaping** | **83.33** |
| **Telephone** | **281.95** |
| **Trash** | **448.24** |
| **Bank Service Charge** | **10.00** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
## Southern District of Florida

IN RE:                                                              Case No. _____

Lage, Angel & Lage, Marlene _____    Chapter **7** _____
                              Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 138,000.00 | 2011 - Estimated gross income from business YTD |
| -2,930,590.00 | 2010 - Joint Income Tax Return |
| -53,297.00 | 2009 - Joint Income Tax Return |

---

**2. Income other than from employment or operation of business**

None ☐  State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 159,961.00 | 2010 - Estimated Rental Income |
| 107,973.00 | 2009 - Estimated Rental Income |
| 11,400.00 | 2011 - Estimated Rental Income YTD |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☐     *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Bank Of America, N.a.**<br>**450 American St**<br>**Simi Valley, CA  93065** | **3 month period** | **1,485.00** | **73,830.00** |
| **Bank Of America, N.a.**<br>**4161 Piedmont Pkwy**<br>**Greensboro, NC  27410** | **3 month period** | **650.00** | **221,304.00** |

None ☑     *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

    * Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ☑     *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐     a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **First Bank Puerto Rico vs Plam Bay 17, LLC, Angel Lage, Marlene Lage, et al**<br>**Case No.: 05-2010-CA 26091** | **Business debt** | **18th Judicial Circuit Court**<br>**Brevard County Florida** | **Pending** |
| **WellsFargo Bank as trustee vs Angel Lage, et al**<br>**Case No.: 44-2008-CA-000732** | **Foreclosure** | **16th Judicial Circuit Court**<br>**Monroe County Florida** | **Final Judgment** |
| **Metro Bank of Dade County vs. International Plaza Auditorium Corp., Marlene Lage, et. al. - 10-00683 CA 23** | **Mortgage Foreclosure** | **Miami Dade COunty Circuit Court** | **Pending** |

None ☑     b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☐     List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Suntrust Bank**<br>**Po Box 85052** | **12/2011** | **2008 F350 Crew Pickup** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Richmond, VA  23285

## 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Timothy S Kingcade**<br>**Kingcade & Garcia, PA**<br>**1370 Coral Way**<br>**Miami, FL  33145-2960** | **10/2011 thru 12/2011** | **3,550.00** |
| **Attorney's fees $3,000**<br>**Court filing fees $306**<br>**Office cost $44**<br>**Credit report cost $150**<br>**Budget briefing session $50** | | |

## 10. Other transfers

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

## 11. Closed financial accounts

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Wachovia**<br>**Miami Lakes Branch, FL** | **Essential Buisness Checking**<br>**Accoutn for Silver Knights**<br>**Investments Corp. Acc. No. X4083** | **Cloaed 04/2011 - $0 balance** |
| **Wachovia** | **Custom Business Checking** | **Claosed 05/2011 - $0 balance** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Miami Lakes Branch, FL**                    **Accoutn for Catalina Isles
Condominium, LLC. Accoutn No.
X3453**

© 1993-2011 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

**12. Safe deposit boxes**

None ☑  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑  List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑  If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☐  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Global Group Manangement, Inc. | 27-0390540 | 8004 NW 154th St Miami Lakes, FL  33016 | Property Management | 08/2007 to present |
| Lage Financial Mortgage Corp. | 65-0981246 | 2140 W 68 St Apt 301-B Hialeah, FL  33016 | Mortgage Broker | 01/2000 to 09/2006 |
| Little Palm Bay, LLC | 20-5108380 | 8004 NW 154th Street Ste 108 Miami Lakes, FL  33016 | Property investment | 06/2006 to 09/2011 Ceased operation 2008 |
| Whispering Palms Condo Association | | 13200 Wilcox Rd Largo, FL  33774 | HOA Non-for profit organization | 2006 to present Debtor owns no shares |
| Little Moments Preschool Corp. | | 12975 W Okeechobee Rd Ste 9 Hialeah, FL  33018 | Day Care | 2008 to 2009 |
| Precious Time Day Care & Learning Ctr | | 17601 NW 78 Ave Hialeah, FL  33015 | Day Care | 2002 to 2006 |
| Premier One Investmens, Inc. | 20-3475550 | 8004 NW 154 St Ste 243 Miami Lakes, FL  33016 | Property Investment | 2005 to 2010 |
| Banana Cay Apts, Inc. | | 401A Banana Cay Dr Daytona Beach, FL  32119 | Property Investment | 1988 to 09/2011 Ceased operation 2006 |
| Le Mar, LLC | | 8004 NW 154 Street Ste 243 Miami Lakes, FL  33016 | Property Investment | 2004 to 2008 |
| Magnolia Court Condomium, LLC. | | 8004 NW 154 Street, Ste 243 Miami Lakes, FL  33016 | Non-for Profit HOA | 2005 to 2010 |
| Palm Bay 17, LLC | | 8004 NW 154th St Ste 243 Miami Lakes, FL  33016 | Property Investment | 2006 - 2011 |
| Catalina Isles Condomium, LLC | | 8004 NW 154th St Ste 106 Miami Lakes, FL  33016 | Investment property | 07/2006 to 09/2011 Ceased operation 2009 |
| Ocean Breeze Condominium, LLC | | 8004 NW 154 Street Ste 243 Miami Lakes, FL  33016 | Property investment | 2006 to 09/2011 Business ceased operation 2009 |
| Lageville Plaza, LLC.. | | 8004 NW 154th St Ste 106 Miami Lakes, FL  33016 | Property investment | 2007 to 09/2011 Business ceased operation 2009 |
| Silver Kniths Ivestments, Corp. | | 8004 NW 154 St Ste 108 Miami Lakes, FL  33016 | Property investment | 2006 to 09/2011 Ceased operation 2010 |
| 1st Choice Automotive Financial Services | 27-2946057 | LLC 8004 NW 154 STreet, SUite 108 Miami Lakes, FL  33016 | Auto Loan Lender | 06/2010 through present |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

☑

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☑ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None
☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None
☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None
☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

### 20. Inventories

None
☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None
☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

### 21. Current Partners, Officers, Directors and Shareholders

None
☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None
☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

### 22. Former partners, officers, directors and shareholders

None
☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None
☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

### 23. Withdrawals from a partnership or distributions by a corporation

None
☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

### 24. Tax Consolidation Group

None
☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

### 25. Pension Funds.

None
☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.


Date: **December 28, 2011**        Signature ***/s/ Angel Lage***
                                   of Debtor                                    **Angel Lage**

Date: **December 28, 2011**        Signature ***/s/ Marlene Lage***
                                   of Joint Debtor                              **Marlene Lage**
                                   (if any)

_____**0** continuation pages attached


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

## United States Bankruptcy Court
## Southern District of Florida

IN RE:                                                          Case No. _____

**Lage, Angel & Lage, Marlene**                                Chapter **7** _____
                          Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Bank Of America** | **Describe Property Securing Debt:**<br>**2791 LB McLeod Rd Unit 2791-B , Orlando FL 32805** |

Property will be *(check one)*:
☑ Surrendered  ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt  ☑ Not claimed as exempt

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:**<br>**Bank Of America** | **Describe Property Securing Debt:**<br>**2791 LB McLeod Rd Unit 2791-D , Orlando FL 32805** |

Property will be *(check one)*:
☑ Surrendered  ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt  ☑ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

___**2** continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: ____**December 28, 2011**____          **/s/ Angel Lage** _____
                                              Signature of Debtor

                                              **/s/ Marlene Lage** _____
                                              Signature of Joint Debtor

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A** – Continuation

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Bank Of America** | **Describe Property Securing Debt:**<br>**2791 LB McLeod Rd Unit 2791-D , Orlando FL 32805** |

Property will be *(check one)*:
☑ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Bank Of America, N.a.** | **Describe Property Securing Debt:**<br>**7859 W 36 Ave Apt 204 Hialeah, FL 33018** |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Bank Of America, N.a.** | **Describe Property Securing Debt:**<br>**10478 NW 131 Street Hialeah Gardens, FL 33018** |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt   ☐ Not claimed as exempt

**PART B** – Continuation

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

Continuation sheet ___1___ of ___2___

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

**PART A** – Continuation

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**Bank Of America, N.a.** | **Describe Property Securing Debt:**<br>**1521 Shaw Dr Key Largo, FL 33037** |

Property will be *(check one)*:
☑ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**Central Loan Admin  And  R** | **Describe Property Securing Debt:**<br>**1521 Shaw Dr Key Largo, FL 33037** |

Property will be *(check one)*:
☑ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

| Property No. 8 | |
|---|---|
| **Creditor's Name:**<br>**Wells Fargo Bank Nv Na** | **Describe Property Securing Debt:**<br>**10478 NW 131 Street Hialeah Gardens, FL 33018** |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☑ Other. Explain **Reaffirmed if mortgage modification is approved** _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt   ☐ Not claimed as exempt

**PART B** – Continuation

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes  ☐ No |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes  ☐ No |

Continuation sheet ___**2** of ___**2**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Southern District of Florida**

IN RE:                                                                    Case No. _____

**Lage, Angel & Lage, Marlene** _____   Chapter **7** _____
                                        Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **December 28, 2011** _____   Signature: **/s/ Angel Lage** _____
                                              **Angel Lage**                                    Debtor


Date: **December 28, 2011** _____   Signature: **/s/ Marlene Lage** _____
                                              **Marlene Lage**                          Joint Debtor, if any

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Allied Interstate
P.O. Box 5023
New York, NY  10163


Amerassist
ATTN: KOVACKS
460 Polaris Parkway                    Ste. 20
Westerville, OH  43082


American Honda Finance
1030 Cambridge Squ
Alpharetta, GA  30201


Amex
Po Box 297871
Fort Lauderdale, FL  33329


Amex
AMERICAN EXPRESS SPECIAL RESEARCH
Po Box 981540
El Paso, TX  79998


Assoc of S Miami, Patholo
C/O First Federal Credit Control
24700 Chagrin Blvd Ste 205
Cleveland, OH  44122-5662


Bank Of America
4161 Piedmont Pkwy
Greensboro, NC  27410


Bank Of America
Po Box 17054
Wilmington, DE  19850

```
Bank Of America
Po Box 1598
Norfolk, VA  23501


Bank Of America
ATTN: BANKRUPTCY NC4-105-0299
Po Box 26012
Greensboro, NC  27410


Bank Of America
ATTENTION: RECOVERY DEPARTMENT
4161 Peidmont Pkwy.
Greensboro, NC  27410


Bank Of America
P.O. Box 940483
Simi Valley, CA  93094-0483


Bank Of America
NY7-201-02-07
5701Horarion St
Utica, NY  13502-1024


Bank Of America, N.a.
450 American St
Simi Valley, CA  93065


Bank Of America, N.a.
4161 Piedmont Pkwy
Greensboro, NC  27410


Bank Of America, N.a.
4161 Piedmont Parkway
Greensboro, NC  27410
```

```
Bank Of America, N.a.
150 Allegheny Center Mall
Pittsburgh, PA  15212


Bank Of America, N.a.
201 N Tryon St
Charlotte, NC  28202


Bank Of America, N.a.
PNC
Po Box 5570  Br-yb58-01-3
Brecksville, OH  44141


Bank Of America, N.a.
ATTN: BANKRUPTCY NC4-105-0299
Po Box 26012
Greensboro, NC  27410


Bank Of America, N.a.
450 American St
Simi Valley, CA  93065-6285


Bk Of Amer
Po Box 1598
Norfolk, VA  23501


Bk Of Amer
ATTENTION: RECOVERY DEPARTMENT
4161 Peidmont Pkwy.
Greensboro, NC  27410


Cap One
Pob 30281
Salt Lake City, UT  84130
```

```
Cap One
CAPITAL ONE BANK (USA) N.A.
Po Box 30285
Salt Lake City, UT  84130


Catalina Isles Condomium Association,Inc
2180 W Sr 434 Ste 5000
Longwood, FL  32779


CBE Group
1309 Technology Pkwy
Cedar Falls, IA  50613-6976


Cbna
Po Box 6497
Sioux Falls, SD  57117


Cbna
CITICORP CREDIT SERVICES/ATTN: CENTRALIZ
Po Box 20363
Kansas City, MO  64195


Central Loan Admin  And  R
425 Phillips Blvd.
Ewing, NJ  08618


Chase
201 N. Walnut St//de1-1027
Wilmington, DE  19801


Chase
2500 Westfield Dr
Elgin, IL  60124
```

Chase
ATTN: BANKRUPTCY
Po Box 15145
Wilmington, DE  19850


Chase Auto
Po Box 901076
Fort Worth, TX  76101


Chase Auto
CHASE CARD SERVICES
Po Box 15298
Wilmington, DE  19850


Chase Manhattan Mtge
3415 Vision Dr
Columbus, OH  43219


Child Support Enforcemment
PO Box 8030
Tallahassee, FL  32314-8030


Citi
P.o. Box 6500
Sioux Falls, SD  57117


Citi
CITICORPS CREDIT SERVICES/ATTENTION: CEN
Po Box 20503
Kansas City, MO  64195


Citi
ATTN: CENTRALIZED BANKRUPTCY
Po Box 20507
Kansas City, MO  64195

```
Citi
PO Box 6500
Sioux Falls, SD  57117-6500


Citi Ctb
Po Box 22066
Tempe, AZ  85285


Citi Ctb
CITIFINANCIAL/ATTN: BANKRUPTCY DEPT
Po Box 140489
Irving, TX  75014


Citi-shell
Po Box 6497
Sioux Falls, SD  57117


Citi-shell
ATTN.: CENTRALIZED  BANKRUPTCY
Po Box 20507
Kansas City, MO  64195


Department Of The Treasury
PO Box 21126
Philadelphia, PA  19114-0326


Directv
PO Box 78626
Phoenix, AZ  85062-8626


Dpi of Pembroke Pines
C/O Amerassist
8415 Pulsar Place
Columbus, OH  43240
```

```
Dpi Of Pembroke Pines
C/O Amerassist
8415 Pulsar Place
Columbus, OH  43240


Eldorado Frn
Cscl Dispute Team
Des Moines, IA  50306


Eldorado Frn
BANKRUPTCY
4137 121st St
Urbandale, IA  50323


Equifax
PO Box 740241
Atlanta, GA  30374-0241


Experian
PO Box 2002
Allen, TX  75013-2002


First Fl Cu
500 W. 1st Street
Jacksonville, FL  32202


First Usa Bank
Po Box 8650
Wilmington, DE  19899


First Usa Bank
CHASE CARD SERVICES/ATTN: BANKRUPTCY DEP
Po Box 15298
Wilmington, DE  19850
```

FirstBank Puerto Rico
701 Waterford Way Ste 810
Miami, FL  33126


Florida Department Of Revenue
PO Box 6668
Tallahassee, FL  32314-6668


Francisco Rodriguez
5051 SW 163 Ave
SW Ranches, FL  33331


Francisco Rodriguez
5051 SW 163 Avenue
SW Ranches, FL  33331


Gecrb/brandsmart
Po Box 965036
Orlando, FL  32896


Gecrb/brandsmart
ATTENTION:  BANKRUPTCY
Po Box 103104
Roswell, GA  30076


Gecrb/care Credit
Po Box 965036
Orlando, FL  32896


Gecrb/care Credit
Po Box 981439
El Paso, TX  79998

```
Gecrb/care Credit
ATTENTION:  BANKRUPTCY
Po Box 103104
Roswell, GA  30076


Gecrb/carecr
Po Box 981439
El Paso, TX  79998


Gecrb/carecr
ATTENTION:  BANKRUPTCY
Po Box 103104
Roswell, GA  30076


Gecrb/city Furniture
Po Box 981439
El Paso, TX  79998


Gecrb/city Furniture
ATTENTION:  BANKRUPTCY
Po Box 103104
Roswell, GA  30076


Gecrb/ge Money Bank Lo
Po Box 956005
Orlando, FL  32896


Gecrb/ge Money Bank Lo
ATTENTION:  BANKRUPTCY DEPARTMENT
Po Box 103104
Roswell, GA  30076


Gecrb/home Design
Po Box 981439
El Paso, TX  79998
```

Gecrb/home Dsgn Floori
Po Box 981439
El Paso, TX  79998


Grisel Alonso, Esq
Asst. U.S. Attorney For Usa
99 Ne 4th St Ste 300
Miami, FL  33132


Hfc
Po Box 3425
Buffalo, NY  14240


Hfc - Usa
Po Box 3425
Buffalo, NY  14240


I C System Inc
Po Box 64378
St. Paul, MN  55164


Inphynet South Broward, Inc.
Platation Billing Center
PO Box 189016
Plantation, FL  33318-9016


Internal Revenue Service
PO Box 21126
Philadelphia, PA  19114-0326


Jaguar Credit
P. O. Box 542000
Omaha, NE  68154

```
Jaguar Credit
Po Box 6275
Dearborn, MI   48121


Jorge Quintana
8785 NW 162 Street
Miami Lakes, FL   33016


Jose Quintana
8004 NW 154th Street Ste 243
Miami Lakes, FL   33016


Jose Ramirez
5001 SW 168 Avenue
SW Ranches, FL   33331


Julio Quintana
3120 SW 194 Terrace
Miramar, FL   33029


Kevin Krippen
4 Park Street South
Hackendack, NJ   07606


Keybank Ntl
4910 Tiedeman Road
Brooklyn, OH   44144


Law Offices of David J. Stern, P.A.
900 S Pine Island Rd Ste 400
Plantation, FL   33324-3920


Lexus Financial Servic
12735 Morris Rd
Alpharetta, GA   30004
```

Marzak, Inc
791 Park Of Commerce Drive
Boca Raton, FL   33487


Mayors Jewelers Inc
5870 North Hiatus Road
Tamarac, FL   33321


Mb Fin Svcs
P.o. Box 961
Roanoke, TX   76262


Memorial Healthcare System
2900 Corporate Way
Miramar, FL   33025-3925


Morales Law Group, P.A.
14750 Nw 77th Ct Ste 303
Miami Lakes, FL   33016


Mortgage Electronic Regist. Syst. Inc.
3300 SW 34th Ave Ste 101
Ocala, FL   34474-4438


Nationwide Recovery Se
ATTN: BANKRUPTCY
Po Box 8005
Cleveland, TN   37320


Palm Bay 17, Llc
8004 Nw 154th St Ste 243
Miami Lakes, FL   33016


Plaza Associates
PO Box 2770
New York, NY   10116-2770

Radiology Assoc. Of Hollywood, P.A.
9050 Pines Blvd Ste 200
Pembroke Pines, FL  33024-6456


Sears/cbna
Po Box 6189
Sioux Falls, SD  57117


Sheldon M.D.
C/O First Federal Credit C
24700 Chagrin Blvd Ste 2
Cleveland, OH  44122


Sheridan Healthcorp  Inc.
C/O Nationwide Recovery Se
Po box 8005
Cleveland, TN  37320


Springleaf Financial S
Po Box 22217
Hialeah, FL  33012


Sunrise Credit Services, Inc.
PO Box 9100
Farmingdale, NY  11735-9100


Suntrust Bank
Po Box 85052
Richmond, VA  23285


Teresa Quintana
3120 SW 194 Terrace
Miramar, FL  33029

```
Thompson Berges P.A.
1111 Brickell Ave, 11th Fl
Miami, FL   33131


Towncare Dental
C/O I C System Inc
Po Box 64378
Saint Paul, MN   55164


Toyota Motor Credit Co
12735 Morris Road Ext #
Alpharetta, GA   30004


Transunion
PO Box 1000
Chester, PA   19016-1000


Vincent And Christina Lombardo
689 SW 168 Way
Pembroke Pines, FL   33331


Vincent Lombardo & Christina Lombardo
689 SW 168 Way
Pembroke Pines, FL   33027


Wells Fargo Bank Na
Po Box 31557
Billings, MT   59107


Wells Fargo Bank Nv Na
Po Box 31557
Billings, MT   59107
```

```
Wells Fargo Bank Nv Na
CALL 800-225-5935
Choose Account Type In Automated Attenda
Des Moines, IA   50306


Wf/wb
Po Box 3117
Winston Salem, NC   27102


Wf/wb
PO BOX 31557
Mac B6955-01b
Billings, MT   59107


Wffnatbank
Po Box 94498
Las Vegas, NV   89193


Whispering Palms Condo Association
13200 Wilcox Rd
Largo, FL   33774


Whispering Palms Condominium Assn
13200 WIlcox Road
Largo, FL   33774
```