UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                                          CASE NO.: 11-45231-BKC-RAM
                                                                                                Chapter 7
**ANGEL LAGE**
SSN: XXX-XX-0063
**MARLENE LAGE**
SSN: XXX-XX-9727
_____Debtors._____/

### JOEL L. TABAS TRUSTEE'S MOTION FOR ENTRY OF ORDER APPROVING SALE OF ESTATE'S RIGHT, TITLE AND INTEREST IN PERSONAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES SUBJECT TO HIGHER AND BETTER OFFER

Joel L. Tabas, as Chapter 7 Trustee (the "Trustee") of the Bankruptcy Estate of Angel Lage and Marlene Lage (collectively, the "Debtors"), through counsel and pursuant to 11 U.S.C. §§ 105 and 363, Federal Rules of Bankruptcy Procedure 2002, 6003 and 6004, and Local Rule 6004-1(D), files his *Ex Parte* Motion for Entry of Order Approving Sale of Estate's Right, Title and Interest in Personal Property Free and Clear of Liens, Claims and Encumbrances Subject to Higher and Better Offer (the "Motion"), seeking to sell two Seiko watches, a woman's high school ring, a man's high school ring, a gold ring, and a diamond engagement band (the "Sale Items"), and as good cause for same, states as follows:

I.     **Jurisdiction and Venue**

1.     The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

2.     This is a "core" proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (N).

3.     Venue is proper in this jurisdiction pursuant to 28 U.S.C. §§ 1408 and 1409.

CASE NO.: 11-45231-RAM

## II. Procedural and Factual Background

4. This case commenced with the filing of a voluntary Chapter 7 Petition on December 28, 2011 [ECF 1]. Joel L. Tabas is the duly appointed Chapter 7 Trustee.

5. In connection with the settlement of this matter as described in the Trustee's Motion to Approve Stipulation for Compromise and Settlement Regarding Valuation and Repurchase of Debtors' Non-Exempt Assets [ECF 38], which was approved by the Court without objection on [ECF 45], the Debtors repurchased their non-exempt property for a lump sum payment of $44,817.34 and tendered to the Trustee the Sale Items.

6. The Sale Items include two non-working Seiko watches with a combined valued of $50.00, a woman's high school ring valued at $45.00, a man's high school ring valued at $100.00, a gold ring valued at $120.00 and a diamond engagement band valued at $1,350.00. The aggregate value of the Sale Items is $1,665.00.

7. The Sale Items are not subject to a lien from any creditor.

8. Pursuant to 11 U.S.C. § 363, the Trustee proposes to sell the Estate's right, title and interest in the Sale Items, free and clear of all liens, claims and encumbrances and outside of the ordinary course of business, at a hearing at the United States Bankruptcy Court, Southern District of Florida, 51 S.W. First Avenue, Courtroom 1410 (the "Sale").

## III. The Proposed Sale

9. The Trustee received an offer from Jack Kotkin to purchase the Sale Items, "AS-IS, WHERE-IS" with no warranties or representations of any, but free and clear of all liens, claims and encumbrances, for the sum of $1,665.00 to be paid in one, lump sum.

TABAS, FREEDMAN, SOLOFF, BROWN & RIGALI, P.A. · ONE FLAGLER BUILDING, 14 NORTHEAST FIRST AVENUE, PENTHOUSE, MIAMI, FLORIDA 33132 · (305) 375-8171

10. Jack Kotkin has agreed that (i) he shall be responsible for the payment of any and all fees and taxes imposed by any governmental agency arising from or relating to the proposed sale, including but not limited to sales tax and (ii) the only documents necessary for the Trustee to convey title to the Sale Items shall be (1) a final, non-appealable order from this Court approving the proposed sale (the "Approval Order") and (2) an executed Trustee's Bill of Sale.[1]

11. The Trustee has accepted the Offer, subject to (i) this Court's approval and (ii) higher and better offers as required by 11 U.S.C. § 363.

12. **The Proposed Sale of the Estate's right, title and interest in the Personal Property is "AS-IS, WHERE-IS," with no warranties or represntations of any kind being given by the Trustee and/or his professionals, but free and clear of all liens, claims and encumbrances.**

13. The Trustee believes that the Proposed Sale is the best way to monetize the Estate's right, title and interest in the Sale Items, and thus, the Trustee asserts that the Proposed Sale to Jack Kotkin, or a higher bidder, is in the best interest of the Estate and all creditors.

### IV.  Requested Relief

14. Accordingly, the Trustee requests this Court to approve the Proposed Sale outside of the ordinary course of business, pursuant to 11 U.S.C. § 363(b), which states: "[t]he Trustee, after notice and hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate."

---

[1] The terms and conditions set forth in Paragraphs 43 and 44 of this Motion shall be collectively referred to as the "Proposed Sale."

TABAS, FREEDMAN, SOLOFF, BROWN & RIGALI, P.A. · ONE FLAGLER BUILDING, 14 NORTHEAST FIRST AVENUE, PENTHOUSE, MIAMI, FLORIDA 33132 · (305) 375-8171

15. The Trustee will serve copies of this Motion together with any notices as required by Rules 6004 and 2002(a)(2) of the Federal Rules of Bankruptcy Procedure, and Local Rule 6004-1.

16. The Trustee can sell the property interests of the Debtors pursuant to 11 U.S.C. § 363(h).

### A. Jack Kotkin's Bid

17. Jack Kotkin's bid shall be $1,665.00 for the Sale Items (the "Initial Bid"). The Initial Bid is for all of the Sale Items.

### B. Consideration of Competing Bids

18. Pursuant to 11 U.S.C. § 363, the Proposed Sale is subject to higher and better offers.

19. At the hearing on this Motion (the "Hearing"), the Court shall select the highest and best bid for the Sale Items, after considering the recommendations of the Trustee and other interested parties.

### C. Requested Bid Procedures

20. Any party wishing to submit a higher and better offer for the Sale Items shall be required to provide a bid deposit of $500.00 in the form of a cashier's check or money order at the Hearing made payable to "Joel L. Tabas, Trustee," and delivered to 1 N.W. First Avenue, Penthouse, Miami, Florida 33131, if the Proposed Sale is approved without a hearing.

21. Any party wishing to submit a higher and better offer for the Sale Items must also disclose any affiliation with (i) the Debtors or (ii) the Debtors' insiders (as defined by the Bankruptcy Code) on the record at the commencement of the Hearing.

22.     The Trustee recommends that the bidding be conducted at the Hearing in $50.00 increments.

**D.     Other Conditions**

23.     Further, unless otherwise ordered by this Court, any successful bidder other than Jack Kotkin must agree on the record at the Hearing to purchase the Sale Items on the terms and conditions set forth in this Motion, and be ready, willing and able to close within three (3) business days of entry of the Approval Order.

**E.     Closing**

24.     The Trustee seeks authority to close on the Proposed Sale immediately upon Court approval, with Jack Kotkin or the successful bidder, required to close within three (3) business days of the Approval Order.  Closing shall occur when the successful bidder tenders the successful bid price in a lump sum to the Trustee in the manner specified in this Motion.  If Jack Kotkin, or the successful bidder, as the case may be, fails to timely close, the Trustee seeks authority to close the sale transaction with the next highest bidder (the "Back-up Bidder").  The Back-up Bidder shall similarly be required to close within three (3) business days of written notification from the Trustee that the successful bidder failed to close pursuant to the terms herein.

25.     Accordingly, the Trustee requests that the final sale order include a provision waiving the 14 day stay requirement subject of Rule 6004(h).

**F.     Legal Standard for Sale Free and Clear**

26.     Section 363(b) of the Bankruptcy Code states: "The trustee, after notice and hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate."

CASE NO.: 11-45231-RAM

27. Additionally, 11 U.S.C. § 363(f) permits the Trustee to:

> ... sell property under subsection (b)... of this section free and clear of any interest in such property of an entity other than the estate, only if –
> (1) applicable nonbankruptcy law permits sale of such property free and clear of such interest;
> (2) such entity consents;
> (3) such interest is a lien and the price at which such property is to be sold is greater than the aggregate value of all liens on such property;
> (4) such interest is in bona fide dispute; or
> (5) such entity could be compelled, in a legal or equitable proceeding, to accept a money satisfaction of such interest.

28. The Trustee may sell the Sale Items free and clear of liens and interests in such property, because applicable non-bankruptcy law permits the sale in accordance with §363(f)(1), because the creditors with competing interests therein have consented pursuant to §363(f)(2), because the claimed interests are subject to a *bona fide* dispute, in accordance with §363(f)(4), and because these creditors could be compelled, in a legal or equitable proceeding, to accept a money satisfaction of such interest, pursuant to §363(f)(5).

**G.** **Sound Business Purpose**

29. With respect to satisfying the elements of the "sound business purpose" test,[2] the Trustee asserts that the proposed sale is the best way to realize any benefit for this Estate. In addition, creditors and other parties in interest will receive accurate and reasonable notice of the terms of the Proposed Sale and proposed procedures through this Motion.

---

[2] *See In re Continental Airlines, Inc.*, 780 F.2d 1223, 1226 (5th Cir. 1986).

6

CASE NO.: 11-45231-RAM

### H. Good Faith Finding

30. The Trustee intends to provide evidence at the final sale hearing that the Trustee, and Jack Kotkin, or the successful bidder, as the case may be, have, at all times, acted in good faith, and therefore requests that this Court make a finding that the successful bidder is a good faith purchaser pursuant to 11 U.S.C. § 363(m).

31. Finally, the Trustee seeks authority to execute any and all documents he deems reasonable and necessary to effectuate the sale and transfer of the Sale Items to the successful bidder.

**WHEREFORE**, Joel L. Tabas, as Chapter 7 Trustee of the Bankruptcy Estate of Angel Lage and Marlene Lage, respectfully requests this Honorable Court enter an Order: (a) granting the instant Motion; (b) authorizing and approving the immediate sale of the Estate's right, title and interest in the Sale Items pursuant to § 363 of the Bankruptcy Code, free and clear of any liens, claims and encumbrances; (c) waiving the 14 day stay pursuant to Bankruptcy Rule 6004(h); and (d) granting such other and further relief as this Court deems just and proper.

TABAS, FREEDMAN, SOLOFF, BROWN & RIGALI, P.A. · ONE FLAGLER BUILDING, 14 NORTHEAST FIRST AVENUE, PENTHOUSE, MIAMI, FLORIDA 33132 · (305) 375-8171

CASE NO.: 11-45231-RAM

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished on March 4, 2013, to the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to all interested parties on the attached service list.

    Respectfully submitted,
    /s/ Joel L. Tabas
    Joel L. Tabas
    Fla. Bar No. 516902
    Tabas, Freedman, Soloff, Miller & Brown, P.A.
    Attorneys for Trustee, Joel L. Tabas
    One Flagler Building
    14 Northeast First Avenue - Penthouse
    Miami, Florida 33132
    Telephone: (305) 375-8171
    Facsimile: (305) 381-7708
    E-mail: jtabas@tabasfreedman.com
    E-mail: asiminovsky@tabasfreedman.com

| | | |
|---|---|---|
| (p)FIRST FLORIDA CREDIT UNION<br>P O BOX 43310<br>JACKSONVILLE FL 32203-3310 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY<br>OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 |
| (p)TOYOTA MOTOR CREDIT<br>CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | ~~Allied Interstate~~<br>~~P.O. Box 5023~~<br>~~New York, NY 10163-5023~~ | Amerassist<br>ATTN: KOVACKS<br>460 Polaris Parkway    Ste. 20<br>Westerville, OH 43082-8213 |
| ~~American Honda Finance~~<br>~~1030 Cambridge Squ~~<br>~~Alpharetta, GA 30009-1892~~ | Amex<br>AMERICAN EXPRESS SPECIAL<br>RESEARCH<br>Po Box 981540<br>El Paso, TX 79998-1540 | Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329-7871 |
| **Angel Lage**<br>**10478 NW 131st St**<br>**Hialeah,, FL 33018-1129** | Assoc of S Miami, Patholo<br>C/O First Federal Credit Control<br>24700 Chagrin Blvd Ste 205<br>Cleveland, OH 44122-5662 | Bank Of America<br>4161 Piedmont Pkwy<br>Greensboro, NC 27410-8119 |
| Bank Of America<br>ATTENTION: RECOVERY DEPARTMENT<br>4161 Peidmont Pkwy.<br>Greensboro, NC 27410-8110 | Bank Of America<br>ATTN: BANKRUPTCY NC4-105-0299<br>Po Box 26012<br>Greensboro, NC 27420-6012 | Bank Of America<br>NY7-201-02-07<br>5701Horarion St<br>Utica, NY 13502-1024 |
| Bank Of America<br>P.O. Box 940483<br>Simi Valley, CA 93094-0483 | ~~Bank Of America~~<br>~~Po Box 1598~~<br>~~Norfolk, VA 23501-1598~~ | ~~Bank Of America~~<br>~~Po Box 17054~~<br>~~Wilmington, DE 19850-7054~~<br>(With New Address) |
| Bank of America<br>P.O. Box 982238<br>El Paso, TX 79998-2238 | Bank Of America, N.a.<br>150 Allegheny Center Mall<br>Pittsburgh, PA 15212-5335 | Bank Of America, N.a.<br>201 N Tryon St<br>Charlotte, NC 28202-2146 |
| Bank Of America, N.a.<br>4161 Piedmont Parkway<br>Greensboro, NC 27410-8119 | Bank Of America, N.a.<br>450 American St<br>Simi Valley, CA 93065-6285 | Bank Of America, N.a.<br>ATTN: BANKRUPTCY NC4-105-0299<br>Po Box 26012<br>Greensboro, NC 27420-6012 |
| Bank Of America, N.a.<br>PNC<br>Po Box 5570 Br-yb58-01-3<br>Brecksville, OH 44141 | Bk Of Amer<br>ATTENTION: RECOVERY DEPARTMENT<br>4161 Peidmont Pkwy.<br>Greensboro, NC 27410-8110 | ~~Bk Of Amer~~<br>~~Po Box 1598~~<br>~~Norfolk, VA 23501-1598~~ |
| CBE Group<br>1309 Technology Pkwy<br>Cedar Falls, IA 50613-6976 | Cap One<br>CAPITAL ONE BANK (USA) N.A.<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Cap One<br>Pob 30281<br>Salt Lake City, UT 84130-0281 |

| | | |
|---|---|---|
| Catalina Isles Condomium Association,Inc<br>2180 W Sr 434 Ste 5000<br>Longwood, FL 32779-5042 | Cbna<br>CITICORP CREDIT SERVICES/ATTN: CENTRALIZ<br>Po Box 20363<br>Kansas City, MO 64195-0363 | Cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 |
| Central Loan Admin And R<br>425 Phillips Blvd.<br>Ewing, NJ 08618-1430 | Chase<br>201 N. Walnut St//de1-1027<br>Wilmington, DE 19801-2920 | Chase<br>2500 Westfield Dr<br>Elgin, IL 60124-7836 |
| Chase<br>ATTN: BANKRUPTCY<br>Po Box 15145<br>Wilmington, DE 19850-5145 | Chase Auto<br>CHASE CARD SERVICES<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chase Auto<br>Po Box 901076<br>Fort Worth, TX 76101-2076 |
| Chase Manhattan Mtge<br>3415 Vision Dr<br>Columbus, OH 43219-6009 | Child Support Enforcemment<br>PO Box 8030<br>Tallahassee, FL 32314-8030 | Citi<br>ATTN: CENTRALIZED BANKRUPTCY<br>Po Box 20507<br>Kansas City, MO 64195-0507 |
| Citi<br>CITICORPS CREDIT SERVICES/ATTENTION: CEN<br>Po Box 20503<br>Kansas City, MO 64195-0503 | Citi<br>P.o. Box 6500<br>Sioux Falls, SD 57117-6500 | Citi Ctb<br>CITIFINANCIAL/ATTN: BANKRUPTCY DEPT<br>Po Box 140489<br>Irving, TX 75014-0489 |
| ~~Citi Ctb~~<br>~~Po Box 22066~~<br>~~Tempe, AZ 85285-2066~~<br>(With New Address) | CITI<br>P.O. Box 183071<br>Columbus, OH 43218-3071 | Citi-shell<br>ATTN.: CENTRALIZED BANKRUPTCY<br>Po Box 20507<br>Kansas City, MO 64195-0507 |
| Citi-shell<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Directv<br>PO Box 78626<br>Phoenix, AZ 85062-8626 | ~~Dpi Of Pembroke Pines~~<br>~~C/O Amerassist~~<br>~~8415 Pulsar Place~~<br>~~Columbus, OH 43240-4033~~ |
| Eldorado Frn<br>BANKRUPTCY<br>4137 121st St<br>Urbandale, IA 50323-2310 | ~~Eldorado Frn~~<br>~~Cscl Dispute Team~~<br>~~Des Moines, IA 50306~~ | Equifax<br>PO Box 740241<br>Atlanta, GA 30374-0241 |
| Experian<br>PO Box 2002<br>Allen, TX 75013-2002 | First Usa Bank<br>CHASE CARD SERVICES/ATTN: BANKRUPTCY DEP<br>Po Box 15298<br>Wilmington, DE 19850-5298 | ~~First Usa Bank~~<br>~~Po Box 8650~~<br>~~Wilmington, DE 19899~~ |
| FirstBank Puerto Rico<br>701 Waterford Way Ste 810<br>Miami, FL 33126-4684 | Florida Department Of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314-6668 | Francisco Rodriguez<br>5051 SW 163 Ave<br>SW Ranches, FL 33331-1433 |

| | | |
|---|---|---|
| Gecrb/brandsmart<br>ATTENTION: BANKRUPTCY<br>Po Box 103104<br>Roswell, GA 30076-9104 | Gecrb/brandsmart<br>Po Box 965036<br>Orlando, FL 32896-5036 | Gecrb/care Credit<br>ATTENTION: BANKRUPTCY<br>Po Box 103104<br>Roswell, GA 30076-9104 |
| Gecrb/care Credit<br>Po Box 965036<br>Orlando, FL 32896-5036 | Gecrb/care Credit<br>Po Box 981439<br>El Paso, TX 79998-1439 | Gecrb/carecr<br>ATTENTION: BANKRUPTCY<br>Po Box 103104<br>Roswell, GA 30076-9104 |
| Gecrb/carecr<br>Po Box 981439<br>El Paso, TX 79998-1439 | Gecrb/city Furniture<br>ATTENTION: BANKRUPTCY<br>Po Box 103104<br>Roswell, GA 30076-9104 | Gecrb/city Furniture<br>Po Box 981439<br>El Paso, TX 79998-1439 |
| Gecrb/ge Money Bank Lo<br>ATTENTION: BANKRUPTCY<br>DEPARTMENT<br>Po Box 103104<br>Roswell, GA 30076-9104 | Gecrb/ge Money Bank Lo<br>Po Box 956005<br>Orlando, FL 32896-0001 | Gecrb/home Design<br>Po Box 981439<br>El Paso, TX 79998-1439 |
| Gecrb/home Dsgn Floori<br>Po Box 981439<br>El Paso, TX 79998-1439 | Grisel Alonso, Esq<br>Asst. U.S. Attorney For Usa<br>99 Ne 4th St Ste 300<br>Miami, FL 33132-2131 | Hfc<br>Po Box 3425<br>Buffalo, NY 14240-3425 |
| Hfc - Usa<br>Po Box 3425<br>Buffalo, NY 14240-3425 | I C System Inc<br>Po Box 64378<br>St. Paul, MN 55164-0378 | Inphynet South Broward, Inc.<br>Platation Billing Center<br>PO Box 189016<br>Plantation, FL 33318-9016 |
| Jaguar Credit<br>P. O. Box 542000<br>Omaha, NE 68154-8000 | Jaguar Credit<br>Po Box 6275<br>Dearborn, MI 48121-6275 | Jorge Quintana<br>8785 NW 162 Street<br>Miami Lakes, FL 33018-6110 |
| Jose Quintana<br>8004 NW 154th Street Ste 243<br>Miami Lakes, FL 33016-5814 | ~~Jose Ramirez~~<br>~~5001 SW 168 Avenue~~<br>~~SW Ranches, FL 33331-1207~~<br>(With New Address) | Jose Ramirez<br>2925 N.W. 125th Avenue, Apt. 325<br>Ft. Lauderdale, Fla. 33323-6322 |
| Julio Quintana<br>3120 SW 194 Terrace<br>Miramar, FL 33029-5811 | ~~Kevin Krippen~~<br>~~4 Park Street South~~<br>~~Hackendack, NJ 07606-1623~~ | Keybank Ntl<br>4910 Tiedeman Road<br>Brooklyn, OH 44144-2338 |
| Law Offices of David J. Stern, P.A.<br>900 S Pine Island Rd Ste 400<br>Plantation, FL 33324-3920 | Lexus Financial Servic<br>12735 Morris Rd<br>Alpharetta, GA 30004-8904 | **Marlene Lage**<br>**10478 NW 131st St**<br>**Hialeah,, FL 33018-1129** |

| | | |
|---|---|---|
| Marzak, Inc<br>791 Park Of Commerce Drive<br>Boca Raton, FL 33487-3621 | Mayors Jewelers Inc<br>5870 North Hiatus Road<br>Tamarac, FL 33321-6424 | Mb Fin Svcs<br>P.o. Box 961<br>Roanoke, TX 76262-0961 |
| Memorial Healthcare System<br>2900 Corporate Way<br>Miramar, FL 33025-3925 | Morales Law Group, P.A.<br>14750 Nw 77th Ct Ste 303<br>Miami Lakes, FL 33016-1537 | ~~Mortgage Electronic Regist. Syst. Inc.~~<br>~~3300 SW 34th Ave Ste 101~~<br>~~Ocala, FL 34474-4438~~ |
| Nationwide Recovery Se<br>ATTN: BANKRUPTCY<br>Po Box 8005<br>Cleveland, TN 37320-8005 | Palm Bay 17, Llc<br>8004 Nw 154th St Ste 243<br>Miami Lakes, FL 33016-5814 | Plaza Associates<br>PO Box 2770<br>New York, NY 10116-2770 |
| Radiology Assoc. Of Hollywood, P.A.<br>9050 Pines Blvd Ste 200<br>Pembroke Pines, FL 33024-6456 | Recovery Management Systems Corp<br>25 SE 2 Ave #1120<br>Miami, FL 33131-1605 | Sears/cbna<br>Po Box 6189<br>Sioux Falls, SD 57117-6189 |
| Sheldon M.D.<br>C/O First Federal Credit C<br>24700 Chagrin Blvd Ste 2<br>Cleveland, OH 44122-5647 | Sheridan Healthcorp Inc.<br>C/O Nationwide Recovery Se<br>Po box 8005<br>Cleveland, TN 37320-8005 | Sunrise Credit Services, Inc.<br>PO Box 9100<br>Farmingdale, NY 11735-9100 |
| Suntrust Bank<br>Po Box 85052<br>Richmond, VA 23285-5052 | Teresa Quintana<br>3120 SW 194 Terrace<br>Miramar, FL 33029-5811 | ~~Thompson Berges P.A.~~<br>~~1111 Brickell Ave, 11th Fl~~<br>~~Miami, FL 33131-3122~~ |
| Timothy S Kingcade Esq<br>1370 Coral Way<br>Miami, FL 33145-2960 | Towncare Dental<br>C/O I C System Inc<br>Po Box 64378<br>Saint Paul, MN 55164-0378 | Transunion<br>PO Box 1000<br>Chester, PA 19016-1000 |
| Vincent And Christina Lombardo<br>689 SW 168 Way<br>Pembroke Pines, FL 33331 | Vincent Lombardo & Christina Lombardo<br>689 SW 168 Way<br>Pembroke Pines, FL 33027-1041 | Wells Fargo Bank Na<br>Po Box 31557<br>Billings, MT 59107-1557 |
| ~~Wells Fargo Bank Nv Na~~<br>~~CALL 800-225-5935~~<br>~~Choose Account Type In Automated~~<br>~~Attenda~~<br>~~Des Moines, IA 50306~~ | Wells Fargo Bank Nv Na<br>Po Box 31557<br>Billings, MT 59107-1557 | Wf/wb<br>PO BOX 31557<br>Mac B6955-01b<br>Billings, MT 59107-1557 |
| Wf/wb<br>Po Box 3117<br>Winston Salem, NC 27102-3117 | ~~Wffnatbank~~<br>~~Po Box 94498~~<br>~~Las Vegas, NV 89193-4498~~ | Whispering Palms Condo Association<br>13200 Wilcox Rd<br>Largo, FL 33774 |

Whispering Palms Condominium Assn
13200 WIlcox Road
Largo, FL  33774