

ORDERED in the Southern District of Florida on December 6, 2016.

Robert A. Mark, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

| IN RE: | : | CASE NO. 11-45231-RAM |
|---|---|---|
| Angel Lage and Marlene Lage | : | CHAPTER 7 |
| Debtor. | : | |
| _____/ | | |

ORDER REOPENING CASE TO ADMINISTER ADDITIONAL ASSETS AND
DEFERRING FILING FEE

THIS CAUSE having come before the court upon the Ex parte Motion to Reopen Case pursuant to 11 U.S.C. § 350, Bankruptcy Rule 5010, and Local Rule 5010-1(C)(ECF 75), and the court having considered the motion, having determined that good cause has been shown, and being otherwise fully advised in the premises, it is

ORDERED that this case is reopened. The U.S. Trustee shall appoint a Trustee to oversee administration of the case. The trustee appointed by the U.S. trustee to oversee administration of the case shall advise the court if there are funds available for distribution

to creditors by filing a "Notice of Assets". Eligibility for receipt of distributions from these funds shall be determined pursuant to Local Rule 3002-1(D). If, in lieu of full payment at the time of filing the motion to reopen, a motion to defer payment was filed, the fee shall be due upon recovery of assets by the trustee.

###

Submitted by:

Steven D. Schneiderman, Esq.
Office of the United States Trustee
51 SW first Ave, #1204
Miami, Florida 33130