UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  CASE NO.: 11-45231-BKC-RAM
Chapter 7

**ANGEL LAGE**
SSN: XXX-XX-0063
**MARLENE LAGE**
SSN: XXX-XX-9727

_____Debtors._____/

### TRUSTEE'S MOTION TO APPROVE SETTLEMENT AGREEMENT

**Any interested party who fails to file and serve a written response to this Motion within 21 days after the date of service stated in this Motion shall, pursuant to Local Rule 9013-1(D), be deemed to have consented to the entry of an order in the form attached to this Motion. Any scheduled hearing may then be canceled.**

Joel L. Tabas, as Chapter 7 Trustee of the Bankruptcy Estate of Angel Lage and Marlene Lage (the "Trustee"), pursuant to Federal Rule of Bankruptcy Procedure 9019 and Local Rule 9013-1(D), files his Motion to Approve Settlement Agreement (the "Motion"), and in support thereof, states as follows:

### I. Background

1. This case commenced with the filing of a voluntary Chapter 7 Petition on December 28, 2011.

2. Joel L. Tabas is the duly appointed Chapter 7 Trustee.

3. The Trustee the Trustee took the Debtor's Rule 2004 Examination (the "Examination") [ECF 88], at the Examination the Trustee questioned the Debtor about his interest in Push Forward Investments, Corp., a business which the Trustee asserts has always been the Debtor's business but was merely placed in the name of the Debtor's cousin in order to secret the asset from the Trustee (the "Undisclosed

Business"). The parties agreed that the resolution of the Trustee's claims are in the best interests of the Estate.  The details of the analysis and agreement are set forth in Settlement Agreement, attached hereto as Exhibit "A" (the "Stipulation").

4. Pursuant to the terms of the Stipulation, the Debtors have agreed to pay, and the Trustee has agreed to accept the Settlement Amount, as defined in the Stipulation, for resolution of the Trustee's claim.

5. The Stipulation contains additional terms and conditions, including, but not limited to, default provisions.

## II. Legal Standard for Settlement

6. Bankruptcy Rule 9019(a) provides: "On motion . . . and after a hearing on notice to creditors, the debtor . . . and to such other entities as the court may designate, the court may approve a compromise or settlement."[1]

7. As this Court has previously found, "approval of a settlement in a bankruptcy proceeding is within the sound discretion of the Court, and will not be disturbed or modified on appeal unless approval or disapproval is an abuse of discretion." *In re Arrow Air, Inc.*, 85 B.R. 886, 891 (Bankr. S.D. Fla. 1988) (Cristol, J.) (citing *Rivercity v. Herpel (In re Jackson Brewing Co.)*, 624 F.2d 599, 602-03 (5th Cir. 1980); *Anaconda-Ericsson, Inc. v. Hessen (In re Teltronics Servs., Inc.)*, 762 F.2d 185, 189 (2d Cir. 1985); *In re Prudence Co.*, 98 F.2d 559 (2d Cir. 1938), cert. denied sub nom. *Stein v. McGrath*, 306 U.S. 636 (1939)).

8. The test is whether the proposed settlement "falls below the 'lowest point in the range of reasonableness.'" *Arrow Air*, 85 Bankr. 891 (quoting *Teltronics Servs.*,

---

[1] Rule 9013-1(D) of the Local Bankruptcy Rules for the Bankruptcy Court for Southern District of Florida permits, inter alia, relief without a hearing for motions to approve settlement.

2

762 F.2d 189; *Cosoff v. Rodman (In re W.T. Grant Co.)*, 699 F.2d 599, 608 (2d Cir.), cert. denied, 464 U.S. 822 (1983)).

9.      According to the United States Eleventh Circuit Court of Appeals, when a bankruptcy court decides whether to approve or disapprove a proposed settlement, it must consider:

>   (a)    the probability of success in the litigation;
>
>   (b)    the difficulties, if any, to be encountered in the matter of collection;
>
>   (c)    the complexity of the litigation involved, and the expense, inconvenience and delay necessarily attending it; and
>
>   (d)    the paramount interest of the creditors and a proper deference to their reasonable views in the premises.

*Wallis v. Justice Oaks II, Ltd. (In re Justice Oaks II. Ltd.)*, 898 F.2d 1544 (11th Cir. 1990). *See Jackson Brewing*, 624 F.2d 602, quoted in *Arrow Air*, 85 B.R. 891.

10.     The Trustee believes that the proposed settlement meets the standards set forth in *In re Justice Oaks II*, and therefore, recommends approval of the settlement because it is fair and reasonable, falls within the reasonable range of possible litigation outcomes, and is in the best interest of the Estate because full settlement precludes any risks associated with litigation and collection in this matter, increases the dividend available to creditors, and allows for a distribution of sums and proceeds within a reasonable time.

11.     Pursuant to Local Rule 9013-1(D), a copy of the proposed Order is attached hereto as Exhibit "B."

**WHEREFORE**, Joel L. Tabas, as Chapter 7 Trustee of the Bankruptcy Estate of Angel Lage and Marlene Lage, respectfully requests this Honorable Court enter an

3

Order (1) granting the instant Motion; (2) approving the Stipulation; and (3) granting such other and further relief as this Court deems just and proper.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished on February 14, 2018, to the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to all interested parties on the attached service list.

Respectfully submitted,

/s/ Jessika A. Graham
Joel L. Tabas
Fla. Bar No. 516902
Jessika A. Graham
Fla. Bar. No. 72452
Tabas & Soloff, P.A.
*Attorneys for Trustee, Joel L. Tabas*
Ingraham Building
25 SE Second Ave., Suite 248
Miami, Florida 33131
Telephone:   (305) 375-8171
Facsimile:    (305) 381-7708
E-mail: jtabas@tabassoloff.com
E-mail: jgraham@tabassoloff.com

## SETTLEMENT AGREEMENT

This Settlement Agreement ("Settlement Agreement") is made this 12th day of ~~January~~ February, 2018 ("Effective Date"), by and between Joel L. Tabas, as Trustee of the Bankruptcy Estate of Angel Lage and Marlene Lage ("the Trustee") and Angel Lage and Marlene Lage (the "Debtors" collectively with the Trustee shall be referred to as the Parties). The Parties agree as follows:

## RECITALS

**WHEREAS,** this case was commenced as a Chapter 7 proceeding on December 28, 2011 (the "Petition Date");

**WHEREAS,** on July 23, 2014, the Court entered the Final Decree and closed the bankruptcy case [ECF 74];

**WHEREAS,** December 6, 2016, the United States Trustee filed an Ex Parte Motion to Reopen Case to Administer Potential Additional Assets and Waiver of Payment of Filing Fee [ECF 75] and on December 7, 2016, the Court entered its Order Granting Motion to Reopen Case to Administer Additional Assets [ECF 76]. Subsequently, Joel L. Tabas was reappointed as the chapter 7 Trustee of the estate (the "Estate");

**WHEREAS,** on or about July 10, 2017, the Trustee took the Debtor's Rule 2004 Examination (the "Examination") [ECF 88], at the Examination the Trustee questioned the Debtor about his interest in Push Forward Investments, Corp., a business which the Trustee asserts has always been the Debtor's business but was merely placed in the name of the Debtor's cousin in order to secret the asset from the Trustee (the "Undisclosed Business");

**EXHIBIT "A"**

**WHEREAS**, the Debtor disputes the Trustee's allegations however, the Parties recognize and agree that settlement is in the best interests of the Parties, and will result in a savings of attorneys' fees, costs, and time.

### AGREEMENT

**NOW THEREFORE,** in consideration of the premises, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties agree as follows:

1. **Recitals.** The Parties acknowledge and agree that the above recitals are true and correct and incorporated in this Settlement Agreement.

2. **Settlement Amount.** The Debtors agree to pay and the Trustee agrees to accept the sum of $50,000.00 payable as follows:

(a) $15,000.00 payable on or before February 15, 2018;

(b) Twelve (12) consecutive monthly payments of $800.00 per month with the first payment made on or before March 15, 2018 and subsequent payments made on the 15th of each month thereafter; and

(c) a Lump sum payment of $25,400.00 on February 15, 2019.

Payments shall be made in cleared funds, made payable to "Joel L. Tabas, Trustee, for the Estate of Angel Lage and Marlene Lage Case No. 11-45231-BKC-RAM" and mailed to Joel L. Tabas, Trustee, at 25 SE Second Ave., Suite 248, Miami, Florida 33131.

3. **Default.** In the event that the Debtors fail to comply with the terms of this Stipulation, or should any of the Debtors' representations and warranties contained herein be untrue, the Trustee may proceed against any and all assets of the Debtors

including, but not limited to, the Property the Debtors have claimed as exempt for the remainder of the amount due and owing as set forth herein. In addition, the Trustee shall be entitled to interest, which shall accrue at the statutory rate, attorneys' fees and costs. Further, the Trustee may file a Notice of Default and submit an Order to the Court revoking the Debtor(s)' discharge. Pursuant to the terms stated herein, and the provisions of 11 U.S.C. §727(a)(10), the Debtor(s) agrees to waive any procedural requirements prior to the entry of an order revoking discharge. However, the Debtor(s)' discharge will not be revoked without a hearing.

4. **Entire Agreement.** This Settlement Agreement contains the entire, complete, and integrated statement of each and every term and provision agreed to, by and among the Parties, and it is not subject to any condition not provided for in this Settlement Agreement.

5. **Modifications.** The Settlement Agreement may not be modified or amended in any respect whatsoever, except by a writing signed by the Parties.

6. **Choice of Law.** This Settlement Agreement shall be construed under and interpreted in accordance with the United State Bankruptcy Laws and, to the extent required, the laws of the state of Florida.

7. **Attorneys Fees and Costs.** Each party shall bear all of its own attorneys' fees and costs incurred in connection with this Settlement Agreement. However, in the event that any action is brought by either Party to enforce this Settlement Agreement, the prevailing party will be entitled to reasonable attorneys' fees and costs incurred in connection therewith.

8. **Drafting, Advice of Counsel and Voluntary Execution**. Each individual or entity executing this Settlement Agreement represents and warrants that he or she is duly authorized to execute this Settlement Agreement, has all requisite power, authority, and approval required to enter into, execute, and deliver this Settlement Agreement, including the releases given in this agreement, has read this Settlement Agreement, fully knows and understands its contents, voluntarily executed this Settlement Agreement, and has consulted with counsel before executing this Settlement Agreement.

9. **Best Efforts.** The Parties shall use their best efforts to obtain Bankruptcy Court approval of this Settlement Agreement. Without limiting the foregoing, the Parties shall not take, or cause any persons or entities to take any actions calculated or intended to decrease the likelihood of obtaining such approval.

10. **Counterparts.** This Settlement Agreement may be executed in any number of counterparts, each of which, when executed and delivered, shall constitute one and the same Settlement Agreement. Signatures may be communicated via electronic means (via facsimile or email PDF scan) and shall be considered an original signature and are binding against the Party who executed and delivered such signature via electronic means.

11. **Further Cooperation.** The Parties shall further cooperate with each other and execute any additional documents which are reasonable and necessary to achieve the settlement described herein.

*[Signatures on following page]*

Dated this 9th day of ~~January~~ Feb., 2018.   Dated this [ ] day of ~~January~~ Feb., 2018.

_____                      _____
Angel Lage                                      Joel L. Tabas, Trustee
10478 NW 131ST ST                               25 S.E. 2nd Avenue, Suite 248
Hialeah,, FL 33018-1129                         Miami, Florida  33131
                                                Telephone: (305) 375-8171
                                                Facsimile:  (305) 381-7708

Dated this 9th day of ~~January~~ Feb., 2018.

_____
Marlene Lage
10478 NW 131ST ST
Hialeah,, FL 33018-1129

Dated this 9th day of ~~January~~ Feb., 2018.

Jessica L. McMaken

_____ for
Timothy S. Kingcade
Kingcade & Garcia, P.A.
The Kingcade Building
1370 Coral Way
Miami, FL 33145

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                               CASE NO.: 11-45231-BKC-RAM
                                                                     Chapter 7
**ANGEL LAGE**
SSN: XXX-XX-0063
**MARLENE LAGE**
SSN: XXX-XX-9727

　　　Debtors.　　　/

[PROPOSED]
ORDER GRANTING TRUSTEE'S MOTION TO APPROVE
<u>SETTLEMENT AGREEMENT</u>

**THIS CAUSE** having come before the Court upon Joel L. Tabas, Trustee's Motion to Approve Settlement Agreement (the "Motion") [ECF  ], and the Court, having reviewed the Motion and the Certificate of No Response, having noted that no objections were filed, finding that the settlement subject of the Motion meets the criteria set forth in *In re Justice Oaks II. Ltd.*, 898 F.2d 1544 (11th Cir. 1990) and thus, is in the

EXHIBIT
"B"

best interests of this Estate, and finding that the notice of the proposed compromise and settlement is sufficient to comply with Bankruptcy Rules 9019 and 2002(a)(3), Local Rule 9013-1(D), and any other applicable notice requirement, it is

**ORDERED** as follows:

1. The Motion is granted.

2. The compromise and settlement is approved on the terms and conditions set forth in the Motion and the Stipulation attached to the Motion,[1] and as follows:

The Debtors agree to pay and the Trustee agrees to accept the sum of $50,000.00 payable as follows:

(a) $15,000.00 payable on or before February 15, 2018;

(b) Twelve (12) consecutive monthly payments of $800.00 per month with the first payment made on or before March 15, 2018 and subsequent payments made on the 15th of each month thereafter; and

(c) a Lump sum payment of $25,400.00 on February 15, 2019.

3. The Court incorporates the terms of the Stipulation into this Order and retains jurisdiction to enforce the terms thereof.

# # #

**Submitted by:**
Jessika A. Graham
Tabas & Soloff, P.A.
Ingraham Building
25 SE Second Avenue, Suite 248
Miami, Florida  33131
Telephone:   (305) 375-8171
Facsimile:     (305) 381-7708
Email:  jgraham@tabassoloff.com

**Copy furnished to:**
Jessika A. Graham
Attorney Graham shall serve copies of this Order on all interested parties and file a certificate of service.

---

[1] All capitalized terms not defined herein are assigned the same meaning as in the Stipulation.

| | | |
|---|---|---|
| 11-45231-RAM<br>Recovery Management Systems Corp<br>25 SE 2 Ave  #1120<br>Miami, FL 33131-1605 | 11-45231-RAM<br>Allied Interstate<br>P.O. Box 5023<br>New York, NY 10163-5023 | 11-45231-RAM<br>Amerassist<br>ATTN: KOVACKS<br>460 Polaris Parkway, Ste. 20<br>Westerville, OH 43082-8212 |
| 11-45231-RAM<br>American Honda Finance<br>1030 Cambridge Squ<br>Alpharetta, GA 30009-1892 | 11-45231-RAM<br>Amex<br>AMERICAN EXPRESS SPECIAL RESEARCH<br>Po Box 981540<br>El Paso, TX 79998-1540 | 11-45231-RAM<br>Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329-7871 |
| 11-45231-RAM<br>Assoc of S Miami, Patholo<br>c/o First Federal Credit Control<br>24700 Chagrin Blvd Ste 205<br>Cleveland, OH  44122-5662 | 11-45231-RAM<br>BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | 11-45231-RAM<br>Bank Of America<br>ATTN: BANKRUPTCY NC4-105-0299<br>Po Box 26012<br>Greensboro, NC 27420-6012 |
| 11-45231-RAM<br>Bank Of America<br>NY7-201-02-07<br>5701Horarion St<br>Utica, NY  13502-1024 | 11-45231-RAM<br>Bank Of America<br>P.O. Box 940483<br>Simi Valley, CA  93094-0483 | 11-45231-RAM<br>Bank Of America<br>Po Box 1598<br>Norfolk, VA 23501-1598 |
| 11-45231-RAM<br>Bank Of America<br>Po Box 17054<br>Wilmington, DE 19850-7054 | 11-45231-RAM<br>Bank Of America, N.a.<br>150 Allegheny Center Mall<br>Pittsburgh, PA 15212-5335 | 11-45231-RAM<br>Bank Of America, N.a.<br>201 N Tryon St<br>Charlotte, NC 28202-2146 |
| 11-45231-RAM<br>BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | 11-45231-RAM<br>Bank Of America, N.a.<br>450 American St<br>Simi Valley, CA 93065-6285 | 11-45231-RAM<br>Bank Of America, N.a.<br>ATTN: BANKRUPTCY NC4-105-0299<br>Po Box 26012<br>Greensboro, NC 27420-6012 |
| 11-45231-RAM<br>Bank Of America, N.a.<br>PNC<br>Po Box 5570  Br-yb58-01-3<br>Brecksville, OH  44141 | 11-45231-RAM<br>BANK OF AMERICA<br>PO BOX 982238<br>EL PASO, TX 79998-2238 | 11-45231-RAM<br>Bk Of Amer<br>Po Box 1598<br>Norfolk, VA 23501-1598 |
| 11-45231-RAM<br>CBE Group<br>1309 Technology Pkwy<br>Cedar Falls, IA  50613-6976 | 11-45231-RAM<br>Cap One<br>CAPITAL ONE BANK (USA) N.A.<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | 11-45231-RAM<br>Cap One<br>Pob 30281<br>Salt Lake City, UT 84130-0281 |
| 11-45231-RAM<br>Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | 11-45231-RAM<br>Catalina Isles Condominium Association Inc.<br>c/o Karen Wonsetler, PA<br>860 N Orange Ave.,Ste 135<br>Orlando, FL 32801-1011 | 11-45231-RAM<br>Catalina Isles Condo. Assoc, Inc.<br>2180 W Sr 434 Ste 5000<br>Longwood, FL 32779-5042 |
| 11-45231-RAM<br>Cbna<br>CITICORP CREDIT SERVICES<br>ATTN: CENTRALIZE<br>Po Box 20363<br>Kansas City, MO 64195-0363 | 11-45231-RAM<br>Cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | 11-45231-RAM<br>Central Loan Admin  And  R<br>425 Phillips Blvd.<br>Ewing, NJ 08618-1430 |

| | | |
|---|---|---|
| 11-45231-RAM<br>Chase<br>201 N. Walnut St//de1-1027<br>Wilmington, DE 19801-2920 | 11-45231-RAM<br>Chase<br>2500 Westfield Dr<br>Elgin, IL 60124-7700 | 11-45231-RAM<br>Chase<br>ATTN: BANKRUPTCY<br>Po Box 15145<br>Wilmington, DE 19850-5145 |
| 11-45231-RAM<br>Chase Auto<br>CHASE CARD SERVICES<br>Po Box 15298<br>Wilmington, DE 19850-5298 | 11-45231-RAM<br>Chase Auto<br>Po Box 901076<br>Fort Worth, TX 76101-2076 | 11-45231-RAM<br>Chase Manhattan Mtge<br>3415 Vision Dr<br>Columbus, OH 43219-6009 |
| 11-45231-RAM<br>Child Support Enforcemment<br>PO Box 8030<br>Tallahassee, FL 32314-8030 | 11-45231-RAM<br>CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | 11-45231-RAM<br>CITI BANK<br>PO BOX 790139<br>ST LOUIS MO 63179-0139 |
| 11-45231-RAM<br>Citi<br>PO Box 6500<br>Sioux Falls, SD 57117-6500 | 11-45231-RAM<br>Citi<br>PO Box 6500<br>Sioux Falls, SD 57117-6500 | 11-45231-RAM<br>Citi Ctb<br>CITIFINANCIAL<br>ATTN: BANKRUPTCY DEPT.<br>Po Box 140489<br>Irving, TX 75014-0489 |
| 11-45231-RAM<br>Citi Ctb<br>PO Box 22066<br>Tempe, AZ 85285-2066 | 11-45231-RAM<br>CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | 11-45231-RAM<br>Citi-shell<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 |
| 11-45231-RAM<br>INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 11-45231-RAM<br>DIRECTV LLC<br>ATTN BANKRUPTCIES<br>PO BOX 6550<br>GREENWOOD VILLAGE CO 80155-6550 | 11-45231-RAM<br>DPI of Pembroke Pines<br>c/o Amerassist<br>8415 Pulsar Place<br>Columbus, OH 43240-4033 |
| 11-45231-RAM<br>Eldorado Frn<br>BANKRUPTCY<br>4137 121st St<br>Urbandale, IA 50323-2310 | 11-45231-RAM<br>Eldorado Frn<br>Cscl Dispute Team<br>Des Moines, IA 50306 | 11-45231-RAM<br>Equifax<br>PO Box 740241<br>Atlanta, GA 30374-0241 |
| 11-45231-RAM<br>Experian<br>PO Box 2002<br>Allen, TX 75013-2002 | 11-45231-RAM<br>FIRST FLORIDA CREDIT UNION<br>P O BOX 43310<br>JACKSONVILLE FL 32203-3310 | 11-45231-RAM<br>First USA Bank<br>CHASE CARD SERVICES/ATTN: BANKRUPTCY DEP<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| 11-45231-RAM<br>First USA Bank<br>Po Box 8650<br>Wilmington, DE 19899 | 11-45231-RAM<br>FirstBank Puerto Rico<br>701 Waterford Way Ste 810<br>Miami, FL 33126-4684 | 11-45231-RAM<br>Florida Department Of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314-6668 |
| 11-45231-RAM<br>Francisco Rodriguez<br>5051 SW 163 Avenue<br>SW Ranches, FL 33331-1433 | 11-45231-RAM<br>Gecrb/brandsmart<br>ATTENTION: BANKRUPTCY<br>Po Box 103104<br>Roswell, GA 30076-9104 | 11-45231-RAM<br>Gecrb/brandsmart<br>Po Box 965036<br>Orlando, FL 32896-5036 |

| | | |
|---|---|---|
| 11-45231-RAM<br>Gecrb/care Credit<br>ATTENTION:  BANKRUPTCY<br>Po Box 103104<br>Roswell, GA 30076-9104 | 11-45231-RAM<br>Gecrb/care Credit<br>Po Box 965036<br>Orlando, FL 32896-5036 | 11-45231-RAM<br>Gecrb/care Credit<br>Po Box 981439<br>El Paso, TX 79998-1439 |
| 11-45231-RAM<br>Gecrb/City Furniture<br>ATTENTION:  BANKRUPTCY<br>Po Box 103104<br>Roswell, GA 30076-9104 | 11-45231-RAM<br>Gecrb/City Furniture<br>Po Box 981439<br>El Paso, TX 79998-1439 | 11-45231-RAM<br>Gecrb/ge Money Bank Lo<br>ATTENTION:  BANKRUPTCY<br>DEPARTMENT<br>Po Box 103104<br>Roswell, GA 30076-9104 |
| 11-45231-RAM<br>Gecrb/ge Money Bank Lo<br>PO Box 956005<br>Orlando, FL 32896-0001 | 11-45231-RAM<br>Gecrb/home Design<br>PO Box 981439<br>El Paso, TX 79998-1439 | 11-45231-RAM<br>Gecrb/home Dsgn Flooring<br>PO Box 981439<br>El Paso, TX 79998-1439 |
| 11-45231-RAM<br>Grisel Alonso, Esq.<br>Asst. U.S. Attorney For USA<br>99 NE 4th St., Ste. 300<br>Miami, FL 33132-2131 | 11-45231-RAM<br>HFC - USA<br>Po Box 3425<br>Buffalo, NY 14240-3425 | 11-45231-RAM<br>I C System Inc<br>Po Box 64378<br>St. Paul, MN 55164-0378 |
| 11-45231-RAM<br>Inphynet South Broward, Inc.<br>Platation Billing Center<br>PO Box 189016<br>Plantation, FL  33318-9016 | 11-45231-RAM<br>INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY<br>OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 11-45231-RAM<br>Jaguar Credit<br>P. O. Box 542000<br>Omaha, NE 68154-8000 |
| 11-45231-RAM<br>FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 | 11-45231-RAM<br>Jorge Quintana<br>8785 NW 162 Street<br>Miami Lakes, FL 33018-6110 | 11-45231-RAM<br>Jose Quintana<br>8004 NW 154th Street Ste 243<br>Miami Lakes, FL 33016-5814 |
| 11-45231-RAM<br>Jose Ramirez<br>5001 SW 168 Avenue<br>SW Ranches, FL 33331-1207 | 11-45231-RAM<br>Julio Quintana<br>3120 SW 194 Terrace<br>Miramar, FL 33029-5811 | 11-45231-RAM<br>Kevin Krippen<br>4 Park Street South<br>Hackendack, NJ 07606-1623 |
| 11-45231-RAM<br>Keybank Ntl<br>4910 Tiedeman Road<br>Brooklyn, OH 44144-2338 | 11-45231-RAM<br>Law Offices of David J. Stern, P.A.<br>900 S Pine Island Rd Ste 400<br>Plantation, FL  33324-3920 | 11-45231-RAM<br>Lexus Financial Services<br>12735 Morris Rd<br>Alpharetta, GA 30004-8904 |
| 11-45231-RAM<br>MARZAK, INC<br>777 PARK OF COMMERCE DR<br>BOCA RATON FL  33487-3621<br>USPS change | 11-45231-RAM<br>Mayors Jewelers Inc<br>5870 North Hiatus Road<br>Tamarac, FL 33321-6424 | 11-45231-RAM<br>Mb Fin Svcs<br>P.O. Box 961<br>Roanoke, TX 76262-0961 |
| 11-45231-RAM<br>Memorial Healthcare System<br>2900 Corporate Way<br>Miramar, FL  33025-3925 | 11-45231-RAM<br>Morales Law Group, P.A.<br>14750 NW 77th Ct., Ste. 303<br>Miami Lakes, FL 33016-1537 | 11-45231-RAM<br>Mortgage Electronic Regist. Syst. Inc.<br>3300 SW 34th Ave Ste 101<br>Ocala, FL  34474-4438 |

11-45231-RAM
Nationwide Recovery Serv.
ATTN: BANKRUPTCY
Po Box 8005
Cleveland, TN 37320-8005

11-45231-RAM
PYOD, LLC its successors and
as assigns of Citibank Resurgent Capital
Services
PO Box 19008
Greenville, SC 29602-9008

11-45231-RAM
Palm Bay 17, LLC
8004 Nw 154th St Ste 243
Miami Lakes, FL 33016-5814

11-45231-RAM
Plaza Associates
PO Box 2770
New York, NY 10116-2770

11-45231-RAM
Radiology Assoc. Of Hollywood, P.A.
9050 Pines Blvd Ste 200
Pembroke Pines, FL 33024-6456

11-45231-RAM
Sears/cbna
Po Box 6189
Sioux Falls, SD 57117-6189

11-45231-RAM
Sheldon M.D.
c/o First Federal Credit C
24700 Chagrin Blvd Ste 2
Cleveland, OH 44122-5647

11-45231-RAM
Sheridan Healthcorp Inc.
c/o Nationwide Recovery Serv.
PO Box 8005
Cleveland, TN 37320-8005

11-45231-RAM
SPRINGLEAF FINANCIAL SERVICES
P O BOX 3251
EVANSVILLE IN 47731-3251

11-45231-RAM
Sunrise Credit Services, Inc.
PO Box 9100
Farmingdale, NY 11735-9100

11-45231-RAM
Suntrust Bank
Po Box 85052
Richmond, VA 23285-5052

11-45231-RAM
Teresa Quintana
3120 SW 194 Terrace
Miramar, FL 33029-5811

11-45231-RAM
Thompson Berges P.A.
1111 Brickell Ave, 11th Fl
Miami, FL 33131-3122

11-45231-RAM
Towncare Dental
C/O I C System Inc
Po Box 64378
Saint Paul, MN 55164-0378

11-45231-RAM
TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

11-45231-RAM
Transunion
PO Box 1000
Chester, PA 19022-1023

11-45231-RAM
Vincent And Christina Lombardo
689 SW 168 Way
Pembroke Pines, FL 33331

11-45231-RAM
Vincent Lombardo & Christina Lombardo
689 SW 168 Way
Pembroke Pines, FL 33027-1041

11-45231-RAM
Wells Fargo Bank NA
Po Box 31557
Billings, MT 59107-1557

11-45231-RAM
Wells Fargo Bank NV NA
Des Moines, IA 50306

11-45231-RAM
Wells Fargo Bank NV NA
Po Box 31557
Billings, MT 59107-1557

11-45231-RAM
Wf/wb
PO BOX 31557
Mac B6955-01b
Billings, MT 59107-1557

11-45231-RAM
Wf/wb
Po Box 3117
Winston Salem, NC 27102-3117

11-45231-RAM
Wffnatbank
Po Box 94498
Las Vegas, NV 89193-4498

11-45231-RAM
Whispering Palms Condominium Assn
13200 WIlcox Road
Largo, FL 33774

11-45231-RAM
**Angel Lage**
**10478 NW 131st St**
**Hialeah,, FL 33018-1129**

11-45231-RAM
**Marlene Lage**
**10478 NW 131st St**
**Hialeah,, FL 33018-1129**